# EXHIBIT B

Jeffery J. Chapman
Aaron F. Jaroff
McGuireWoods LLP
1345 Avenue of the Americas, 7th Floor
New York, New York 10105-0106
(212) 548-2100
jchapman@mcguirewoods.com
ajaroff@mcguirewoods.com

*Attorneys for Wells Fargo Bank, N.A.*

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

------------------------------------------------------------------ X
BANCO DEL AUSTRO, S.A.,                          :   Index No. 650075/2016
                                                 :
                    Plaintiff,                   :   **NOTICE OF FILING**
                                                 :   **OF NOTICE OF**
           v.                                    :   **REMOVAL**
                                                 :
WELLS FARGO BANK, N.A.,                          :
                                                 :
                    Defendant.                   :
------------------------------------------------------------------ X

TO THE CLERK OF COURT:

NOTICE IS HEREBY GIVEN that Defendant Wells Fargo Bank, N.A. has removed the above-captioned matter pursuant to the Notice of Removal filed in the United States District Court for the Southern District of New York on January 28, 2016. (Exhibit A attached hereto). Pursuant to 28 U.S.C. § 1446(d), the filing of the Notice of Removal and this Notice of Filing of Notice of Removal effects the removal of this action to the United States District Court for the Southern District of New York.

[*signature page to follow*]

1

Dated: New York, New York  
       January 28, 2016

McGUIREWOODS LLP

By: _____  
Jeffery J. Chapman  
Aaron F. Jaroff  
McGuireWoods LLP  
1345 Avenue of the Americas, 7th Floor  
New York, New York 10105-0106  
(212) 548-2100  
*jchapman@mcguirewoods.com*  
*ajaroff@mcguirewoods.com*

*Attorneys for Defendant Wells Fargo Bank, N.A.*

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------ X
BANCO DEL AUSTRO, S.A.,                              : Index No. 650075/2016
                                                     :
              Plaintiff,                     : **AFFIDAVIT OF**
    v.                                               : **SERVICE**
                                                     :
WELLS FARGO BANK, N.A.,                              :
                                                     :
              Defendant.                     :
------------------------------------------------------------------ X

STATE OF NEW YORK      )
                       ) ss:
COUNTY OF NEW YORK     )

       **MARJORIE PETRARO**, being duly sworn, deposes and says:

    1.    I am not a party to this action, am over 18 years of age and reside in New York County, New York.

    2.    On January 28, 2016, I hereby depose that a true and correct copy of the foregoing Notice of Filing of Notice of Removal and accompanying exhibit was served via first class mail, postage prepaid, on Plaintiff to the following:

              John G. Marfoe, Esq.
              WNF Law, P.L.
      1111 Brickell Avenue, Suite 2200
           Miami, Florida 33131

                                                  */s/ Marjorie Petraro*
                                                  Marjorie Petraro

Sworn to before me on this
28th day of January, 2016

/s/ Notary Public

        PHILIP A. GOLDSTEIN
    Notary Public, State of New York
        No. 01GO6027513
    Qualified in New York County
    Commission Expires 7/06/2019