# EXHIBIT 2



**SWIFT**

# Glossary

This glossary provides definitions of SWIFT-specific terminology. The glossary includes terms that exist only in the context of SWIFT and general terms that have a SWIFT-specific meaning. This document is for all users of SWIFT services and products.

18 December 2015

# Table of Contents

**Preface** ..................................................................................................................................3
3 ............................................................................................................................................4
**A** ..........................................................................................................................................5
**B** ........................................................................................................................................13
**C** ........................................................................................................................................17
**D** ........................................................................................................................................25
**E** ........................................................................................................................................28
**F** ........................................................................................................................................30
**G** ........................................................................................................................................34
**H** ........................................................................................................................................36
**I** .........................................................................................................................................38
**K** ........................................................................................................................................42
**L** ........................................................................................................................................43
**M** ........................................................................................................................................46
**N** ........................................................................................................................................51
**O** ........................................................................................................................................53
**P** ........................................................................................................................................55
**Q** ........................................................................................................................................60
**R** ........................................................................................................................................61
**S** ........................................................................................................................................64
**T** ........................................................................................................................................82
**U** ........................................................................................................................................85
**V** ........................................................................................................................................87
**W** .......................................................................................................................................88
**Y** ........................................................................................................................................91
**Z** ........................................................................................................................................92
**Abbreviations** ....................................................................................................................93
**Legal Notices** ....................................................................................................................97

# Preface

**About this document**

This glossary provides definitions of SWIFT-specific terminology. The glossary includes terms that exist only in the context of SWIFT and general terms that have a SWIFT-specific meaning.

**application identifier**

A 1-letter code in the basic header of a FIN message, which identifies the application through which SWIFT processes the message (for example, the FIN application or the General Purpose Application).

**application service profile**

The profile that contains a set of parameters to be used by messaging interfaces and applications to correctly send and receive traffic through that service. These parameters trigger the usage of features within SWIFTNet or describe what a messaging interface must do with traffic sent or received.

**Audit and Finance Committee**

The SWIFT governance and oversight body for systems security, internal control, and financial policy. The full SWIFT Board approves the Audit and Finance Committee's charter of activities.

More information

SWIFT sometimes abbreviates this term as AFC.

**authenticated message**

A message that has been authenticated between the sender and the receiver.

**authentication**

A process that SWIFT uses to confirm the identity of the sender or the receiver of a message, or to prove the integrity of specific information. Message authentication determines the source of a message, and verifies that no-one has modified or replaced the message during transit.

**authentication mode**

A mode that is used in SWIFTNet copying services. The authentication mode indicates whether the copy service is using normal (single) authentication or double authentication.

**authentication string**

A pair of passwords that the SWIFTNet Registration Authority returns to the security officer of an institution that has registered a new SWIFTNet Link. The authentication string authorises the SWIFTNet Link installer to download the necessary SWIFTNet Link activation and certification files from the SWIFTNet Link secrets download server.

**authorisation code**

One half of the element pair that the SWIFTNet Registration Authority returns to the security officer when it registers a new security end point. The security end point feeds the authorisation code into the Key Management Application when it generates keys and certificates.

**authoriser DN**

The Distinguished Name (DN) of the Public Key Infrastructure (PKI) certificate holder that has logged on to the SWIFTNet Link interface to send a message on SWIFTNet. This term only applies to InterAct and FileAct.

**automated login/select**

A facility within the SWIFT secure login and select service, by which an interface can log in and select without human intervention.

See also: Login command, Select command

session number and input sequence number. For output messages, the basic header identifies the application through which SWIFT has processed the message. The basic header also identifies the type of output data, the receiving logical terminal, and (if required) the output session number and output sequence number.

### BIC

BIC stands for **business identifier code**. BIC is an international standard for identification of institutions within the financial services industry.

BICs are used in automated processing. They unambiguously identify a financial institution or a non-financial institution. The ISO 9362 standard specifies the elements and the structure of a BIC. A BIC consists of either eight or eleven contiguous characters. These characters comprise either the first three, or all four, of the following components: party prefix, country code, party suffix, and branch identifier. The International Organization for Standardization has designated SWIFT as the BIC registration authority.

More information

### BIC Archive

A SWIFTRef directory that helps financial institutions in the MiFID reporting by providing them with an instant and complete view of all historic changes related to a BIC since 1st November 2007.

More information - Documentation

### BIC Directory

The SWIFT Directory, part of SWIFTRef, that lists the BICs that SWIFT has registered according to the ISO 9362 standard, and the names and addresses of the corresponding entities. It also contains additional information (for example, the market infrastructures (MI) in which the entities participate). The BIC Directory is available in different formats (online, as a downloadable file in txt and xml, and through web services).

More information - Documentation

See also: Paper BIC Directory

### BIC Directory Download

The product that enables financial institutions and corporates to integrate BIC data into their environment. The BIC Directory Download lists important information (for example, BICs and physical address details).

### BIC1

non-connected BIC

### BIC11

An 11-character BIC that represents the party prefix, country code, party suffix, and branch identifier.

More information

### BIC8

business party identifier

# Legal Notices

### Copyright

SWIFT © 2015. All rights reserved.

### Restricted Distribution

Do not distribute this publication outside your organisation unless your subscription or order expressly grants you that right, in which case ensure you comply with any other applicable conditions.

### Disclaimer

The information in this publication may change from time to time. You must always refer to the latest available version.

### Translations

The English version of SWIFT documentation is the only official and binding version.

### Trademarks

SWIFT is the trade name of S.W.I.F.T. SCRL. The following are registered trademarks of SWIFT: the SWIFT logo, SWIFT, SWIFTNet, Accord, Sibos, 3SKey, Innotribe, the Standards Forum logo, MyStandards, and SWIFT Institute. Other product, service, or company names in this publication are trade names, trademarks, or registered trademarks of their respective owners.