# EXHIBIT 3



The global provider
of secure financial messaging services

日本語 | Languages | 中文          Ordering & Support          Login

About Us     Your Needs     Our Solutions     Standards     Insights     Join SWIFT     Contact us

# Online BIC Search

The BIC Search provides access to the basic BIC Information. For professional purposes, **please subscribe to the new SWIFTRef Directories**

**Search criteria**

| | |
|---|---|
| BIC | AUSTECEQX |
| Institution name | |
| City | |
| Country | All countries |

[Search]  [Reset]

*Discover SWIFTRef Directories*

**Search results** (1 BICs found). Last update: 4 Feb 2016

| BIC | Institution name | City | Country | Status |
|---|---|---|---|---|
| AUSTECEQ | BANCO DEL AUSTRO S.A. | CUENCA | ECUADOR | Connected |

Display [10] records per page

---

Careers          Never miss one of our newsletters     Subscribe          Follow us

| About Us | Our Solutions | Financial Crime Compliance | Services | Insights | Ordering & Support | Contact Us |
|---|---|---|---|---|---|---|
| Community | Global Financial Messaging | KYC Solutions | SWIFT Training | News | Login | Offices |
| Partners | Shared Services | Sanctions Screening | Consulting | Press Release | Our Support offering | Press |
| Careers | SWIFT for ISO 20022 | Sanctions Testing | Managed Services | White Papers | Products ordering and configuration | Sales |
| Legal | | Compliance Analytics | | Events | Billing and invoicing | Support |
| Media Centre | | | | Webinars | | Training |
| | | | | SWIFT Institute | | Events & Webinars |
| | | | | Innotribe | | |

Privacy statement | Terms of use | Sitemap | Website feedback          © 2016 SWIFT