Case 1:16-cv-00628-LAK Document 23-4 Filed 04/01/16 Page 1 of 16

FILED: NEW YORK COUNTY CLERK 01/07/2016 04:21 PM
NYSCEF DOC. NO. 3

INDEX NO. 650075/2016
RECEIVED NYSCEF: 01/07/2016

# EXHIBIT "B"

```
PRINTED BY TurboSwift AT:   2015.01.21 19:08:08      FOR: AUSTECEQX100
***** CAUTION *** COPY COPY COPY COPY COPY COPY COPY COPY COPY *** CAUTION ****

Message Name: SINGLE CUSTOMER CREDIT TRANSFER
Message Type: F 103       Sent/Received: PNBPUS3NXNYC
   Direction: Input                      WELLS FARGO BANK, N.A.
    Priority: Normal                     375 PARK AVENUE
     Session: 8121                       NY 4080
    Sequence: 339143                     NEW YORK, NY
                                         Input Output ACK    NAK   DUP   AUTH
         MIR: 150112AUSTECEQA10081213339143  Time  Time Flag  Code  Flag  Code
         MOR:                                                    -----  -----
         MUR:                             1924         0                 SP--

       NOTE:
       ------------------------------------------------------------------
       1:     MESSAGE HEADER
              F01AUSTECEQX100
       2:     APPLICATION HEADER
              I103PNBPUS3NXNYCN
       4:     MESSAGE TEXT
      :20:    Sender's Reference
       TRN:                     150112191227108C
      :23B:   Bank Operation Code
                                CRED
      :32A:   Value Date, Currency Code, Interbank Settled Amount
       Value Date:              150112
       Currency Code:           USD
       Settled Amount:                    986'256,88
      :50K:   Ordering Customer
       Optional Account Line:   ████████5218
       Name & Address:          MARINA BREEZE S.A.
                                RUC:2490004206001 AD:CALLE ALBERTO
                                BORGES, ENTRADA 1
                                GUAYAQUIL - ECUADOR
      :57A:   Account With Institution
       Optional Account Line:   /████████8838
       Identifier Code:         HSBCHKHHHKH
                                HONGKONG AND SHANGHAI BANKING CORPO
                                1 QUEEN'S ROAD CENTRAL
                                (ALL HK OFFICES AND HEAD OFFICE)
                                HONG KONG
      :59:    Beneficiary Customer
       Optional Account Line:   ████████8838
       Name & Address:          MESTER TRADING CORPORATION CO
                                LIMITED
                                TIAN HE QU GUANG YUAN DONG LU FU
                                HONG KONG
      :70:    Remittance Information
       Free Format:             /REC/ PAGO FACTURA No 178550
                                //REC// FACTURA No 185260
      :71A:   Details of Charges
                                OUR
       5:     TRAILER
       CHK:   Checksum          E495F17DC518

                            **** END OF MESSAGE ****
```

18 — 21

```
                                                                                          T5
  (1)
                                                              FOR: AUSTECEQX100
PRINTED BY TurboSwift AT:    2015.01.21 19:08:30
-----------------------------------------------------------------------------------
***** CAUTION *** COPY COPY COPY COPY COPY COPY COPY COPY COPY *** CAUTION ****   (7)5_
-----------------------------------------------------------------------------------
     Message Name: SINGLE CUSTOMER CREDIT TRANSFER
     Message Type: F 103·  Sent/Received: PNBPUS3NXNYC
        Direction: Input                 WELLS FARGO BANK, N.A.
         Priority: Normal                375 PARK AVENUE
          Session: 8121·                 NY 4080
         Sequence: 339142                NEW YORK, NY
                                         Input  Output  ACK   NAK   DUP   AUTH
     MIR: 150112AUSTECEQA1008121339142   Time    Time   Flag  Code  Flag  Code
     MOR:                                ------ ------ ----- ----- ----- -----
     MUR:                                 1902            0               SP--

     NOTE:
------------------------------------------------------------------------------------
  1:      MESSAGE HEADER
          F01AUSTECEQX100
  2:      APPLICATION HEADER
          I103PNBPUS3NXNYCN
  4:      MESSAGE TEXT
  :20:    Sender's Reference
  TRN:                  150112185203108C ※
  :23B:   Bank Operation Code
                        CRED
  :32A:   Value Date, Currency Code, Interbank Settled Amount
                        150112
                        USD
                                   1'424'638,06
                  Customer
                  Line:       ████7611
                              FEMAR S.A.
                              RUC: ████████6001 AD:EDIF QUEZADA
                              AV MACHALA 904 Y 9OCTUBRE
                              GUAYAQUIL - ECUADOR
  :57A:   Account With Institution
  Optional Account Line:    /██████2838
  Identifier Code:          HSBCHKHHHKH
                            HONGKONG AND SHANGHAI BANKING CORPO
                            1 QUEEN'S ROAD CENTRAL
                            (ALL HK OFFICES AND HEAD OFFICE)
                            HONG KONG
  :59:    Beneficiary Customer
  Optional Account Line:    /██████2838
  Name & Address:           REGAL PROSPER TRADING LIMITED
                            32 TSIM SAH TSUI, SHARON STREET
                            HONG KONG, CHINA
  :70:    Remittance Information
  Free Format:              /REC/ CANCELACION FACT 20152Q030
                            //REC// LIQ 38526544 FACT 2015B33
  :71A:   Details of Charges
                            OUR
  5:      TRAILER
  CHK:    Checksum          357F6BAEB38C

                        **** END OF MESSAGE ****
```

(4)

```
PRINTED BY TurboSwift AT:    2015.01.21 19:08:47      FOR: AUSTECEQX100
----------------------------------------------------------------------
***** CAUTION *** COPY COPY COPY COPY COPY COPY COPY COPY COPY *** CAUTION ****
----------------------------------------------------------------------
Message Name: SINGLE CUSTOMER CREDIT TRANSFER
Message Type: F 103     Sent/Received: PNBPUS3NXNYC
   Direction: Input                    WELLS FARGO BANK, N.A.
    Priority: Normal                   375 PARK AVENUE
     Session: 8126                     NY 4080
    Sequence: 339349                   NEW YORK, NY
                                       Input  Output  ACK   NAK    DUP   AUTH
                                       Time   Time    Flag  Code   Flag  Code
   MIR: 150113AUSTECEQA1008126339349    ----   ----   ----  ----   ----  ----
   MOR:                                 1904            0                 SP--
   MUR:

   NOTE:
----------------------------------------------------------------------
1:       MESSAGE HEADER
         FO1AUSTECEQX100
2:       APPLICATION HEADER
         I103PNBPUS3NXNYCN
4:       MESSAGE TEXT
:20:     Sender's Reference
TRN:                        1501131842201430
:23B:    Bank Operation Code
                            CRED
:23E:    Instruction Code
Code:                       SDVA
Description:
:32A:    Value Date, Currency Code, Interbank Settled Amount
Value Date:                 150113
Currency Code:              USD
Settled Amount:             1'236'578,45
:50K:    Ordering Customer
Optional Account Line:      /0XXXX5976
Name & Address:             CONSTRINDEC S.A. RUC.0992452013001
                            CDLA. SAUCES IX MZ L 10 SOL 2 PB
                            GUAYAQUIL- ECUADOR
:57A:    Account With Institution
Optional Account Line:      /XXXXX12830
Identifier Code:            HSBCHKHHHKH
                            HONGKONG AND SHANGHAI BANKING CORPO
                            1 QUEEN'S ROAD CENTRAL
                            (ALL HK OFFICES AND HEAD OFFICE)
                            HONG KONG
:59:     Beneficiary Customer
Optional Account Line:      /XXXXX838
Name & Address:             REGAL PROSPER TRADING LIMITED
                            32 TSIM SAH TSUI, SHARON STREET
                            HONG KONG, CHINA
:70:     Remittance Information
Free Format:                /REC/ POR COMPRA 14512
                            //REC// DE MAQUINAS INDUSTRIALES
:71A:    Details of Charges
                            OUR
5:       TRAILER
CHK:     Checksum            D8D7B8869828

                    **** END OF MESSAGE ****
```

```
PRINTED BY TurboSwift AT:    2015.01.21 19:09:07    FOR: AUSTECEQX100
----------------------------------------------------------------------
***** CAUTION *** COPY COPY COPY COPY COPY COPY COPY COPY *** CAUTION ****
----------------------------------------------------------------------
    Message Name: SINGLE CUSTOMER CREDIT TRANSFER
    Message Type: F 103      Sent/Received: PNBPUS3NXNYC
      Direction: Input                       WELLS FARGO BANK, N.A.
       Priority: Normal                      375 PARK AVENUE
        Session: 8127                        NY 4080
       Sequence: 339351                      NEW YORK,NY
                                             Input Output ACK   NAK   DUP  AUTH
    MIR: 150113AUSTECEQA10081273339351       Time  Time  Flag  Code  Flag Code
    MOR:                                     ---- ----- ----- ----- ---- -----
    MUR:                                     2116        0                SP--

    NOTE:
----------------------------------------------------------------------
1:       MESSAGE HEADER
         F01AUSTECEQX100
2:       APPLICATION HEADER
         I103PNBPUS3NXNYCN
4:       MESSAGE TEXT
:20:     Sender's Reference
TRN:                    CAMGYE1501132050
:23B:    Bank Operation Code
                        CRED
:32A:    Value Date, Currency Code, Interbank Settled Amount
Value Date:             150113
Currency Code:          USD
Settled Amount:                     663'297,31
:50K:    Ordering Customer
Optional Account Line:  /            2980
Name & Address:         ECONOTRANS ECUADOR S.A.
                        RUC             6001 AD:SAMBORONDON
                        BUSINESS KM 1.5 VIA LA PUNTILLA
                        GUAYAQUIL - ECUADOR
:57A:    Account With Institution
Optional Account Line:  /            2838
Identifier Code:        HSBCHKHHHKH
                        HONGKONG AND SHANGHAI BANKING CORPO
                        1 QUEEN'S ROAD CENTRAL
                        (ALL HK OFFICES AND HEAD OFFICE)
                        HONG KONG
:59:     Beneficiary Customer
Optional Account Line:  /            2838
Name & Address:         REGAL PROSPER TRADING LIMITED
                        32 TSIM SAH TSUI, SHARON STREET
                        HONG KONG, CHINA
:70:     Remittance Information
Free Format:            /REC/ CANC. FACT 2015 3Q128
                        //REC// LIQ 395644333 FACT 20154B13
:71A:    Details of Charges
                        OUR
5:       TRAILER
CHK:     Checksum       09B4A20661DC

                        **** END OF MESSAGE ****
```


(5)

```
PRINTED BY TurboSwift AT:     2015.01.21 19:46:36      FOR: AUSTECEQX100
***** CAUTION *** COPY COPY COPY COPY COPY COPY COPY COPY *** CAUTION ****

Message Name: SINGLE CUSTOMER CREDIT TRANSFER
Message Type: F 103      Sent/Received: PNBPUS3NXNYC
  Direction: Input                      WELLS FARGO BANK, N.A.
   Priority: Normal                     375 PARK AVENUE
    Session: 8127                       NY 4080
   Sequence: 339352                     NEW YORK,NY
                                        Input  Output  ACK   NAK   DUP   AUTH
   MIR: 150113AUSTECEQA1008127339352    Time   Time    Flag  Code  Flag  Code
   MOR:                                 2238           0                 SP--
   MUR:

   NOTE:

1:      MESSAGE HEADER
        F01AUSTECEQX100
2:      APPLICATION HEADER
        I103PNBPUS3NXNYCN
4:      MESSAGE TEXT
:20:    Sender's Reference
TRN:                      CAMGYE1501132053
:23B:   Bank Operation Code
                          CRED
:32A:   Value Date, Currency Code, Interbank Settled Amount
Value Date:               150113
Currency Code:            USD
Settled Amount:                         96!325,23
:50K:   Ordering Customer
Optional Account Line:              2980
Name & Address:           ECONOTRANS ECUADOR S.A.
                          RUC:           6001 AD:SAMBORONDON
                          BUSINESS KM 1.5 VIA LA PUNTILLA
                          GUAYAQUIL - ECUADOR
:57A:   Account With Institution
Optional Account Line:
Identifier Code:          CHASUS33XXX
                          JPMORGAN CHASE BANK, N.A.
                          4 NEW YORK PLAZA
                          FLOOR 15
                          NEW YORK,NY
:59:    Beneficiary Customer
Optional Account Line:    /       0491
Name & Address:           NECTALI MARTINEZ HERNANDEZ
                          184 SEMINOLE LAKES DR
                          WEST PALM BEACH, FL 33411
                          FL, USA
:70:    Remittance Information
Free Format:              /PAYMENT CHARGE REF-3251263
:71A:   Details of Charges
                          OUR
5:      TRAILER
CHK:    Checksum          181900619ACA

                    **** END OF MESSAGE ****
```

```
(7)
PRINTED BY TurboSwift AT:   2015.01.21 19:07:44      FOR: AUSTECEQX100
------------------------------------------------------------------------
***** CAUTION *** COPY COPY COPY COPY COPY COPY COPY COPY COPY *** CAUTION ****
------------------------------------------------------------------------
     Message Name: SINGLE CUSTOMER CREDIT TRANSFER
     Message Type: F 103     Sent/Received: PNBPUS3NXNYC
       Direction: Input                     WELLS FARGO BANK, N.A.
        Priority: Normal                    375 PARK AVENUE
         Session: 8130                      NY 4080
        Sequence: 339527                    NEW YORK,NY
                                            Input  Output  ACK   NAK   DUP   AUTH
     MIR: 150115AUSTECEQA1008130339527      Time   Time    Flag  Code  Flag  Code
     MOR:                                   -----  ------  ----  ----  ----  ----
     MUR:                                    0001         0                  SP--

     NOTE:
------------------------------------------------------------------------
1:       MESSAGE HEADER
         F01AUSTECEQX100
2:       APPLICATION HEADER
         I103PNBPUS3NXNYCN
4:       MESSAGE TEXT
:20:     Sender's Reference
TRN:                     1501142514368542
:23B:    Bank Operation Code
                         CRED
:23E:    Instruction Code
Code:                    SDVA
Description:
:32A:    Value Date, Currency Code, Interbank Settled Amount
Value Date:              150114
Currency Code:           USD
Settled Amount:                  1'485'230,89
:50K:    Ordering Customer
Optional Account Line:   /0█████6631
Name & Address:          AUDIOVISION ELECTRONICA AUDIOLEC
                         S.A. RUC ██████9001 KM. 4 VIA
                         DURAN TAMBO
                         GUAYAQUIL - ECUADOR
:57A:    Account With Institution
Optional Account Line:   /██████2838
Identifier Code:         HSBCHKHHHKH
                         HONGKONG AND SHANGHAI BANKING CORPO
                         1 QUEEN'S ROAD CENTRAL
                         (ALL HK OFFICES AND HEAD OFFICE)
                         HONG KONG
:59:     Beneficiary Customer
Optional Account Line:   /██████2838
Name & Address:          REGAL PROSPER TRADING LIMITED
                         32 TSIM SAH TSUI, SHARON STREET
                         HONG KONG, CHINA
:70:     Remittance Information
Free Format:             REF;CANCELACION FACTURA 1062746881
:71A:    Details of Charges
                         OUR
5:       TRAILER
CHK:     Checksum        7F10448008EB

                 **** END OF MESSAGE ****
```

```
PRINTED BY TurboSwift AT:   2015.01.21 19:15:22     FOR: AUSTECEQX100
----------------------------------------------------------------------
***** CAUTION *** COPY COPY COPY COPY COPY COPY COPY COPY COPY *** CAUTION ****
----------------------------------------------------------------------
  Message Name: SINGLE CUSTOMER CREDIT TRANSFER
  Message Type: F 103     Sent/Received: PNBPUS3NXNYC
     Direction: Input                    WELLS FARGO BANK, N.A.
      Priority: Normal                   375 PARK AVENUE
       Session: 8130                     NY 4080
      Sequence: 339526                   NEW YORK, NY
                                         Input Output ACK   NAK   DUP   AUTH
  MIR: 150114AUSTECEQA1008130339526      Time  Time  Flag  Code  Flag  Code
  MOR:                                   ----- ----- ----- ----- ----- -----
  MUR:                                   2351        0                 SP--

  NOTE:
----------------------------------------------------------------------
1:     MESSAGE HEADER
       F01AUSTECEQX100
2:     APPLICATION HEADER
       I103PNBPUS3NXNYCN
4:     MESSAGE TEXT
:20:   Sender's Reference
TRN:                  1501141844201458
:23B:  Bank Operation Code
                      CRED
:23E:  Instruction Code
Code:                 SDVA
Description:
:32A:  Value Date, Currency Code, Interbank Settled Amount
Value Date:           150114
Currency Code:        USD
Settled Amount:               1'375'240,23
:50K:  Ordering Customer
Optional Account Line: /        5976
Name & Address:       CONSTRINDEC S.A. RUC.0992452013001
                      CDLA SAUCES IX MZ L 10 SOL 2 PB
                      GUAYAQUIL- ECUADOR
:57A:  Account With Institution
Optional Account Line: /        2838
Identifier Code:      HSBCHKHHHKH
                      HONGKONG AND SHANGHAI BANKING CORPO
                      1 QUEEN'S ROAD CENTRAL
                      (ALL HK OFFICES AND HEAD OFFICE)
                      HONG KONG
:59:   Beneficiary Customer
Optional Account Line: /        2838
Name & Address:       REGAL PROSPER TRADING LIMITED
                      32 TSIM SAH TSUI, SHARON STREET
                      HONG KONG, CHINA
:70:   Remittance Information
Free Format:          /REC/ PAGO ADICION FACT-25213
                      //REC// DE MAQUINAS INDUSTRIALES
:71A:  Details of Charges
                      OUR
5:     TRAILER
CHK:   Checksum       AC40E9844019

                    **** END OF MESSAGE ****
```

```
PRINTED BY TurboSwift AT:    2015.01.21 19:11:24       FOR: AUSTECEQXXXX
-----------------------------------------------------------------------
***** CAUTION *** COPY COPY COPY COPY COPY COPY COPY COPY COPY *** CAUTION ****
-----------------------------------------------------------------------
    Message Name: SINGLE CUSTOMER CREDIT TRANSFER
    Message Type: F 103    Sent/Received: PNBPUS3NXNYC
       Direction: Input                  WELLS FARGO BANK, N.A.
        Priority: Normal                 375 PARK AVENUE
         Session: 8129                   NY 4080
        Sequence: 339524                 NEW YORK, NY
                                         Input Output ACK   NAK   DUP   AUTH
    MIR: 150114AUSTECEQAXXX8129339524    Time  Time   Flag  Code  Flag  Code
    MOR:                                 ----- ------ ----  ----  ----  ----
    MUR:                                 1906         0           ----- 3P--

    NOTE:

-----------------------------------------------------------------------
1:      MESSAGE HEADER
        F01AUSTECEQXXXX
2:      APPLICATION HEADER
        I103PNBPUS3NXNYCN
4:      MESSAGE TEXT
:20:    Sender's Reference
TRN:                         CAMGYE1501144856
:23B:   Bank Operation Code
                             CRED
:32A:   Value Date, Currency Code, Interbank Settled Amount
Value Date:                  150114
Currency Code:               USD
Settled Amount:                        1'486'230,22
:50K:   Ordering Customer
Optional Account Line:       /██████6631
Name & Address:              AUDIOVISION ELECTRONICA AUDIOLEC
                             S.A. RUC 0992559829001 KM. 4 VIA
                             DURAN TAMBO
                             GUAYAQUIL - ECUADOR
:57A:   Account With Institution
Optional Account Line:
Identifier Code:             WFBIUS6SLAX
                             WELLS FARGO NA
                             707 WILSHIRE BOULEVARD
                             LOS ANGELES CA
:59:    Beneficiary Customer
Optional Account Line:       /██████2591
Name & Address:              JOSE MARIANO CASTILLO
                             700 SOUTH FLOWER STREET, SUITE 1100
                             LOS ANGELES, CALIFORNIA 90017, EEUU
:70:    Remittance Information
Free Format:                 /REF: PAYMENT FACT-INV14-331-100000
:71A:   Details of Charges
                             OUR
5:      TRAILER
CHK:    Checksum             461A957706651

                       **** END OF MESSAGE ****
```

```
                                                              FOR: AUSTECEQX100
  PRINTED BY TurboSwift AT:    2015.01.21  19:31:33
 *** CAUTION *** COPY COPY COPY COPY COPY COPY COPY COPY COPY *** CAUTION ****

 Message Name:  SINGLE CUSTOMER CREDIT TRANSFER
 Message Type:  F 103       Sent/Received:  PNBPUS3NXNYC
   Direction:  Input                        WELLS FARGO BANK, N.A.
    Priority:  Normal                       375 PARK AVENUE
     Session:  8138                         NY 4080
    Sequence:  339836                       NEW YORK,NY
                                            Input   Output  ACK    NAK    DUP    AUTH
                                            Time    Time    Flag   Code   Flag   Code
 MIR: 150116AUSTECEQA1008138339836
 MOR:                                        1829    0                          SP--
 MUR:

 NOTE:

 1:     MESSAGE HEADER
        F01AUSTECEQX100
 2:     APPLICATION HEADER
        I103PNBPUS3NXNYCN
 4:     MESSAGE TEXT
 :20:   Sender's Reference
                           CEX2015011645215
 TRN:
 :23B:  Bank Operation Code
                           CRED
 :23E:  Instruction Code
                           SDVA
 Code:
 Description:
 :32A:  Value Date, Currency Code, Interbank Settled Amount
 Value Date:              150116
 Currency Code:           USD
 Settled Amount:                           1'056'780,56
 :50K:  Ordering Customer
 Optional Account Line:   /         4832
 Name & Address:          COSMICA CIA LTDA.
                          PANAMERICANA NORTE KM. 7 1/2
                          RUC.0190053697001
                          CUENCA-ECUADOR
 :56A:  Intermediary Institution
 Optional Account Line:   /         1743
 Identifier Code:         MSHQUS33XXX
                          MASHREQBANK PSC., NEW YORK BRANCH
                          255 5TH AVENUE
                          NEW YORK,NY
 :57A:  Account With Institution
 Optional Account Line:
 Identifier Code:         BOMLAEADXXX
                          MASHREQBANK PSC.
                          AL GHURAIR CITY
                          339-C, AGC
                          DUBAI
 :59:   Beneficiary Customer              09685
 Optional Account Line:
 Name & Address:          FRATELLI INVESTMENTS LIMITED
 :70:   Remittance Information
 Free Format:             /REF: FACT-1425-EV-41526-002
                          //PAGO CONSTRUCCIONES Y MAQUINARIAS
 :71A:  Details of Charges
                          OUR

 5:     TRAILER
 CHK:   Checksum          74CDA6BCB62A

                          **** END OF MESSAGE ****
```

(11)

```
PRINTED BY TurboSwift AT:    2015.02.13 12:16:22       FOR: AUSTECEQX100
-------------------------------------------------------------------------------
***** CAUTION *** COPY COPY COPY COPY COPY COPY COPY COPY *** CAUTION ****
-------------------------------------------------------------------------------
     Message Name: SINGLE CUSTOMER CREDIT TRANSFER
     Message Type: F 103     Sent/Received: PNBPUS3NXNYC
        Direction: Input                    WELLS FARGO BANK, N.A.
         Priority: Normal                   375 PARK AVENUE
          Session: 8140                     NY 4080
         Sequence: 339839                   NEW YORK,NY
                                            Input  Output  ACK    NAK    DUP    AUTH
     MIR: 150116AUSTECEQA1008140339839      Time   Time    Flag   Code   Flag   Code
     MOR:                                   -----  ------  ----   ----   ----   ----
     MUR:                                   1856           0              SP

     NOTE:
-------------------------------------------------------------------------------
1:      MESSAGE HEADER
        F01AUSTECEQX100
2:      APPLICATION HEADER
        I103PNBPUS3NXNYCN
4:      MESSAGE TEXT
:20:    Sender's Reference
TRN:                    CAMGYE2015011645
:23B:   Bank Operation Code
                        CRED
:23E:   Instruction Code
Code:                   SDVA
Description:
:32A:   Value Date, Currency Code, Interbank Settled Amount
Value Date:             150116
Currency Code:          USD
Settled Amount:                   298'223,15
:50K:   Ordering Customer
Optional Account Line:  /      8287
Name & Address:         INDUSUR INDUSTRIAL DEL SUR S.A.
:57A:   Account With Institution
Optional Account Line:  /      1838
Identifier Code:        HSBCHKHHHKH
                        HONGKONG AND SHANGHAI BANKING CORPO
                        1 QUEEN'S ROAD CENTRAL
                        (ALL HK OFFICES AND HEAD OFFICE)
                        HONG KONG
:59:    Beneficiary Customer
Optional Account Line:  /      1838
Name & Address:         UNIT 20508A 25F BANK OF AMERICA T12
:70:    Remittance Information
Free Format:            /PAYMENT CHAR F-TC-21020-G125-001
                        MATERIALS
:71A:   Details of Charges
                        OUR
5:      TRAILER
CHK:    Checksum        3FF5774D0B04

                        **** END OF MESSAGE ****
```

(10)

```
PRINTED BY TurboSwift AT:    2015.02.13 12:15:50     FOR: AUSTECEQX100
-----------------------------------------------------------------------
***** CAUTION *** COPY COPY COPY COPY COPY COPY COPY COPY *** CAUTION ****
-----------------------------------------------------------------------
      Message Name: SINGLE CUSTOMER CREDIT TRANSFER
      Message Type: F 103    Sent/Received: PNBPUS3NXNYC
        Direction: Input
         Priority: Normal                WELLS FARGO BANK, N.A.
          Session: 8141                  375 PARK AVENUE
         Sequence: 339841                NY 4080
                                         NEW YORK,NY
                                         Input Output ACK    NAK    DUP    AUTH
      MIR: 150116AUSTECEQA1008141339841  Time  Time   Flag   Code   Flag   Code
      MOR:                                ----  ----   ----   ----   ----   ----
      MUR:
                                         2346    0                   ----- SP--

      NOTE:
-----------------------------------------------------------------------
1:       MESSAGE HEADER
         F01AUSTECEQX100
2:       APPLICATION HEADER
         I103PNBPUS3NXNYCN
4:       MESSAGE TEXT
:20:     Sender's Reference
TRN:                         CAMGYE1501160052
:23B:    Bank Operation Code
                             CRED
:23E:    Instruction Code
Code:                        SDVA
Description:
:32A:    Value Date, Currency Code, Interbank Settled Amount
Value Date:                  150116
Currency Code:               USD
Settled Amount:                          95'731,18
:50K:    Ordering Customer
Optional Account Line:   /█████ 645
Name & Address:              RASLOGEC S.A.RU:0992860677001
                             KM 1 5 VIA SAMBORONDON EDIF
                             OFFICCE CENTER PISO 3 PH 2097281
                             GUAYAQUIL-ECUADOR
:57A:    Account With Institution
Optional Account Line:
Identifier Code:             HASEHKHHXXX
                             HANG SENG BANK LIMITED
                             83 DES VOEUX ROAD, CENTRAL
                             HONG KONG
:59:     Beneficiary Customer
Optional Account Line:   /█████████3883
Name & Address:              JGM ASIA TELECOM LIMITED
                             ROOM 905 WORKING BERG
                             COMMERCIAL BUILDING, 41-47 MARBLE
                             ROAD, HONG KONG
:70:     Remittance Information
Free Format:                 /PAYMENT ████████-2563
:71A:    Details of Charges
                             OUR
5:       TRAILER
CHK:     Checksum             473985B66EA1

                          **** END OF MESSAGE ****
```

(12)

```
PRINTED BY TurboSwift AT:    2015.02.13 12:17:16       FOR: AUSTECEQXXXX
------------------------------------------------------------------------
***** CAUTION *** COPY COPY COPY COPY COPY COPY COPY COPY *** CAUTION ****
------------------------------------------------------------------------
     Message Name: SINGLE CUSTOMER CREDIT TRANSFER
     Message Type: F 103    Sent/Received: PNBPUS3NXNYC
        Direction: Input               WELLS FARGO BANK, N.A.
         Priority: Normal              375 PARK AVENUE
          Session: 8159                NY 4080
         Sequence: 340186              NEW YORK,NY
                                       Input  Output  ACK   NAK   DUP   AUTH
     MIR: 150120AUSTECEQAXXX8159340186 Time   Time    Flag  Code  Flag  Code
     MOR:                              ----   ----    ----  ----  ----  ----
     MUR:                              1956    0                    ----- SP--

     NOTE:
     ------------------------------------------------------------------
  1:      MESSAGE HEADER
          F01AUSTECEQXXXX
  2:      APPLICATION HEADER
          I103PNBPUS3NXNYCN
  4:      MESSAGE TEXT
  :20:    Sender's Reference
  TRN:                GYE2015012015263
  :23B:   Bank Operation Code
                      CRED
  :23E:   Instruction Code
  Code:               SDVA
  Description:
  :32A:   Value Date, Currency Code, Interbank Settled Amount
  Value Date:         150120
  Currency Code:      USD
  Settled Amount:              1'968'230,25
  :50K:   Ordering Customer
  Optional Account Line:  /████████5312
  Name & Address:     COMERCIALIZADORA AUTOLINE SA
                      RUC.1891706630001
                      AV ELOY ALFARO S/N Y ALFONSO
                      ALTAMIRANO FRENTE AL TERMINAL DE CA
  :57A:   Account With Institution
  Optional Account Line:  /████████9838
  Identifier Code:    HSBCHKHHHKH
                      HONGKONG AND SHANGHAI BANKING CORPO
                      1 QUEEN'S ROAD CENTRAL
                      (ALL HK OFFICES AND HEAD OFFICE)
                      HONG KONG
  :59:    Beneficiary Customer
  Optional Account Line:  /████████9838
  Name & Address:     JIUSHUN GROUP CO., LIMITED
                      HONG KONG
  :70:    Remittance Information
  Free Format:        REF:CANCELACION F./001-00021523-
                      P/128/15
  :71A:   Details of Charges
                      OUR
  5:      TRAILER
  CHK:    Checksum    E2C9FBBC79A8

                     **** END OF MESSAGE ****
```

# EXHIBIT "C"



**BANCO DEL AUSTRO**

www.bancodelaustro.com
Matriz Cuenca
Sucre y Borrero esq.
Telf.: (593 7) 2842511
Télex: 048560
Fax: (593 7) 2831067
Casilla 01.01.0167
Cable BANAUS

April 7, 2015

WELLS FARGO BANK
Attention:            Mery Bonsly E. Brock, CFE - Financial Crime Manager

On January 21, 2015, Banco del Austro reported that unauthorized debits from the account maintained at Wells Fargo Bank were made, those were determined to be fraudulent transactions. Complying with the respective formalities, Banco del Austro issued fraud alerts through Swift for all and each of the 12 unauthorized transfers which are detailed below:

| DATE | SENDER | AMOUNT | BENEFICIARY | BENEFICIARY BANK | CITY |
|---|---|---|---|---|---|
| 1/12/2015 | MARINA BREEZE | 986,256.88 | MESTER TRADING CORPORATION | HSBC | HONG KONG |
| 1/12/2015 | FEMAR | 1,424,638.06 | REGAL PROSPER TRADING LIMITED | HSBC | HONG KONG |
| 1/13/2015 | CONSTRINDEC S.A. | 1,236,578.45 | REGAL PROSPER TRADING LIMITED | HSBC | HONG KONG |
| 1/13/2015 | ECONOTRANS ECUADOR | 663,297.31 | REGAL PROSPER TRADING LIMITED | HSBC | HONG KONG |
| 1/13/2015 | ECONOTRANS ECUADOR | 96,325.23 | NECTALI MARTINEZ HERNANDEZ | JPMORGAN CHASE | NEW YORK |
| 1/14/2015 | AUDIOELEC | 1,485,230.89 | REGAL PROSPER TRADING LIMITED | HSBC | HONG KONG |
| 1/14/2015 | CONSTRINDEC S.A. | 1,375,240.23 | REGAL PROSPER TRADING LIMITED | HSBC | HONG KONG |
| 1/14/2015 | AUDIOELEC | 1,486,230.22 | JOSE MARIANO CASTILLO | WELLS FARGO | LOS ANGELES |
| 1/16/2015 | COSMICA | 1,056,780.56 | FRATELLI INSVESTMENTS LIMITED | MASHREBANK PSC | DUBAI |
| 1/20/2015 | INDISIR | 298,223.15 | NO BENEFICIARY | HSBC | HONG KONG |
| 1/20/2015 | RASLOGEC | 95,731.18 | JGM ASIA TELECOM | HANG SENG BANK | HONG KONG |
| 1/21/2015 | AUTOLINE | 1,968,230.25 | JIUSHUN GROUP CO. | HSBC | HONG KONG |
| | TOTAL | 12,172,762.41 | | | |

All fraud alerts where denounced and reported to Wells Fargo representatives in Ecuador, Lorena Castillo and Susana Cires; among other fraudulent transfers as follows:

- Transfer of USD 1,968,230.25 whose ultimate beneficiary was the Jiushun Group in Hong Kong; although such transfer was made at 21:55 of January 21, 2015 and Banco del Austro issued fraud alerts at 22:30 the same day of the fraud, Wells Fargo did not act promptly to withhold funds and comply with its subsequent reimbursement to Banco del Austro account in Wells Fargo.

- Transfer of USD 1,486,230.22 processed on January 14, 2015 at 19:06 was credited to the account of a customer at Wells Fargo in the United States. On February 18, 2015 Wells Fargo credits Banco del Austro's account the amount of USD 958,700.27. The client had enough time to use the remaining USD 527,529.95. At the moment we still haven't received information from Wells Fargo regarding the procedure to be followed in order for Banco del Austro to receive this outstanding balance.



+ ágil + seguro



**BANCO DEL AUSTRO**

www.bancodelaustro.com
Matriz Cuenca
Sucre y Borrero esq.
Telf.: (593 7) 2842511
Télex: 048560
Fax: (593 7) 2831067
Casilla 01.01.0167
Cable BANAUS

- Additionally there were two other wire transfers sent to Dubai for the amount USD 1,056,780.56 in January 16, 2015, and to Hong Kong for the amount of USD 298,223.15 in January 20, 2015. These unauthorized transactions could not be completed since they were not correctly processed.

Each and every one of the unauthorized wire transfers were performed outside normal operating hours of Banco del Austro, it included transactions of significant amounts which undoubtedly should have triggered an alert at Wells Fargo in their control and verification of the transactions that were being processed.

It is important to mention that on the same day of January 21, 2015 an unauthorized wire transfer was made from the account that Banco del Austro maintains at Citibank, in identical circumstances, the prompt response and controls of Citibank resulted on the immediate refund of the funds to our account.

As it is clearly shown, Wells Fargo procedures after the fraud alerts were sent by Banco del Austro, in this and other unauthorized wire transfers, where not acted with appropriate and immediate diligence.

For the foregoing, knowing of the economic damage and reputational risk caused to Banco del Austro, we request the immediate return of the amounts that were improperly transferred from the Banco del Austro account at Wells Fargo, which are detailed in this document and which it was alerted to you in a timely and appropriate manner.

All the information related to this fraud has been sent to you.

Sincerely,

Ing. Guillermo Talbot Dueñas
General Manager
BANCO DEL AUSTRO S.A.

Ing. Danny Hurtado Parreño
Treasure and Financial Manager
BANCO DEL AUSTRO S.A.

Dr. Juan Vélez Palacios
Attorney General
BANCO DEL AUSTRO S.A.

+ ágil + seguro