UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Banco Del Austro, S.A.,

    Plaintiff,                                           Case No. 1:16-cv-00628 (LAK)

v.

Wells Fargo Bank, N.A.,

    Defendant.

-------------------------------------------x

## DECLARATION OF JOHN G. MARFOE, ESQ. IN SUPPORT OF PLAINTIFF BANCO DEL AUSTRO S.A.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM DEFENDANT WELLS FARGO BANK, N.A.

I, JOHN G. MARFOE, hereby declare as follows:

    1.    I am an attorney at the law firm of WNL Law, P.L. – Waserstein Nunez & Foodman, counsel for the Plaintiff Banco Del Austro, S.A. I am admitted to practice in the State of New York and *pro hac vice* before this Court in the above-styled case.

    2.    In accordance with the Court's Individual Rules of Practice, "[a]ll exhibits to memoranda and other papers should be tabbed and indexed. A copy of the complaint should accompany the moving papers." In compliance with the foregoing rule, I declare the following:

    a.    Attached as Exhibit "1" is a true and correct copy of the Complaint and incorporated exhibits in this action, as filed by Plaintiff Banco Del Austro, S.A.

    b.    Attached as Exhibit "2" is a true and correct copy of Defendant Wells Fargo Bank's Responses and Objections to Plaintiff's First Request for Production of Documents, served on December 21, 2016.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

1

Dated: June 19, 2017.                                          /s/ John Marfoe
Miami, Florida                                                 John G. Marfoe

## CERTIFICATE OF SERVICE

I certify that on June 19, 2017, this document was served by transmission of a Notice of Filing generated by CM/ECF upon the following:

Jeffrey J. Chapman (jchapman@mcguirewoods.com)
Aaron F. Jaroff (ajaroff@mcguirewoods.com)
McGuireWoods, L.L.P.
1345 Avenue of the Americas, 7th Floor
New York, New York 10105-0106
(212) 548-2100
*Attorneys for Defendant Wells Fargo Bank, N.A.*

                                                               /s/ John Marfoe

2