McGuireWoods LLP
1345 Avenue of the Americas, 7th Floor
New York, New York 10105-0106
(212)-582-2100

*Attorneys for Defendant Wells Fargo Bank, N.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
BANCO DEL AUSTRO, S.A.                                             :
                                                                   :
             Plaintiff,                               : Case No. 1:16-cv-00628 (LAK)
                                                                   :
             v.                                       :
                                                                   :
WELLS FARGO BANK, N.A.                                             :
                                                                   :
             Defendant.                               :
                                                                   :
------------------------------------------------------------------ X

## DECLARATION OF JEFFREY J. CHAPMAN IN SUPPORT OF DEFENDANT WELLS FARGO BANK, N.A.'S MOTION FOR SUMMARY JUDGMENT

I, JEFFERY J. CHAPMAN, hereby declare as follows:

    1.    I am a partner with the law firm of McGuireWoods LLP, counsel for Defendant Wells Fargo Bank, N.A. ("Wells Fargo") and am admitted to practice in the State of New York and before the bar of this Court. I submit this Declaration in support of Wells Fargo's Motion for Summary Judgment.

    2.    In accordance with the Court's Individual Rules of Practice, attached as Exhibit 1 is a true and correct copy of the Complaint filed in this action, Case No. 1:16-cv-00638, *Banco del Austro, S.A. v. Wells Fargo Bank, N.A.*

3. Attached as Exhibit 2 is a true and correct copy of the Banco del Austro ("BDA") Customer Due Diligence Database Report, a document exchanged during discovery under the Bates number WF00019286.

4. Attached as Exhibit 3 is a true and correct copy of the Correspondent Banking Agreement between Wells Fargo and BDA, dated February 2, 2011, a document exchanged during discovery under the Bates number BDA00072.

5. Attached as Exhibit 4 is a true and correct copy of the Banco del Austro Compliance Report, a document exchanged during discovery under the Bates number WF00019305.

6. Attached as Exhibit 5 is a true and correct copy of the deposition of Juan Velez in this case, taken on August 10, 2017, at Miami, FL.

7. Attached as Exhibit 6 is a true and correct copy of the Society for Worldwide Interbank Financial Telecommunication ("SWIFT") 2015 Annual Review, a document exchanged during discovery under the Bates number WF00011579.

8. Attached as Exhibit 7 is a true and correct copy of the SWIFT publication entitled SWIFT: The Global Financial Messaging Provider, a document exchanged during discovery under the Bates number WF00011556.

9. Attached as Exhibit 8 is a true and correct copy of the deposition of Mark Rasch in this case, taken on August 4, 2017, at New York, NY.

10. Attached as Exhibit 9 is a true and correct copy of excerpts from the section of the SWIFT User Handbook entitled SWIFTNet Certificate Administration Guide, a document exchanged during discovery under the Bates number WF00011335

11. Attached as Exhibit 10 is a true and correct copy of excerpts from the section of the SWIFT User Handbook entitled SWIFTNet Service Description, a document exchanged during discovery under the Bates number WF00011390.

12. Attached as Exhibit 11 is a true and correct copy of excerpts from the section of the SWIFT User Handbook entitled SWIFT FIN Service Description, a document exchanged during discovery under the Bates number WF00010811.

13. Attached as Exhibit 12 is a true and correct copy of excerpts from the section of the SWIFT User Handbook entitled SWIFTNet Link 7.0, a document exchanged during discovery under the Bates number WF00011306.

14. Attached as Exhibit 13 is a true and correct copy of excerpts from the section of the SWIFT User Handbook entitled SWIFT FIN Operations Guide, a document exchanged during discovery under the Bates number WF00010710.

15. Attached as Exhibit 14 is a true and correct copy of excerpts from the section of the SWIFT User Handbook entitled SWIFT Network Access Control Guide, a document exchanged during discovery under the Bates number WF00003552.

16. Attached as Exhibit 15 is a true and correct copy of excerpts from the section of the SWIFT User Handbook entitled SWIFT General Terms and Conditions, a document exchanged during discovery under the Bates number WF00011531.

17. Attached as Exhibit 16 is a true and correct copy of excerpts from the section of the SWIFT User Handbook entitled Connectivity to SWIFT – Connectivity Packs, a document exchanged during discovery under the Bates number WF00003590.

18. Attached as Exhibit 17 is a true and correct copy of a guidance document issued by the Federal Financial Institutions Examination Council ("FFIEC") entitled, "Authentication in

an Electronic Banking Environment," dated August 8, 2001, and available at https://www.ffiec.gov/PDF/pr080801.pdf.

19. Attached as Exhibit 18 is a true and correct copy of a guidance document issued by the FFIEC entitled, "Authentication in an Internet Banking Environment," dated October 12, 2005, and available at https://www.ffiec.gov/pdf/authentication_guidance.pdf.

20. Attached as Exhibit 19 is a true and correct copy of a guidance document issued by the FFIEC entitled, "Supplement to Authentication in an Internet Banking Environment," dated June 28, 2011, and available at https://www.ffiec.gov/press/pr062811.htm.

21. Attached as Exhibit 20 is a true and correct copy of a guidance document issued by the FFIEC entitled, "Joint Statement on Destructive Malware," dated March 30, 2015, and available at https://www.ffiec.gov/press/pr033015.htm.

22. Attached as Exhibit 21 is a true and correct copy of the deposition of Paul Ochoa in this case, taken on August 9, 2017, at Miami, FL.

23. Attached as Exhibit 22 is a true and correct copy of the "TURBOGATEWAY SERVICE BUREAU AGREEMENT" between BDA and BServ, Inc., dated April 23, 2009, a document exchanged during discovery under the Bates number BDA00276.

24. Attached as Exhibit 23 is a true and correct copy of the deposition of Maritza Morocho in this case, taken on August 10, 2017, at Miami, FL.

25. Attached as Exhibit 24 is a true and correct copy of BDA's Supplemental Responses and Objections to Wells Fargo's Second Set of Interrogatories in this case.

26. Attached as Exhibit 25 is a true and correct copy of the April 1, 2015 BDA Internal Investigation, a document exchanged during discovery under the Bates number BDA00109.

27. Attached as Exhibit 26 is a true and correct copy of the April 1, 2015 BDA Final Report on Systems Audit, a document exchanged during discovery under the Bates number BDA01687.

28. Attached as Exhibit 27 is a true and correct copy of the Expert Report of Mark Rasch submitted by BDA in this case.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: October 2, 2017
New York, New York

_____
Jeffery J. Chapman