McGuireWoods LLP
1345 Avenue of the Americas, 7th Floor
New York, New York 10105-0106
(212) 548-2100

*Attorneys for Defendant Wells Fargo Bank, N.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X

BANCO DEL AUSTRO, S.A.

    Plaintiff,

v.

WELLS FARGO BANK, N.A.

    Defendant.

--------------------------------------------------------------- X

Case No. 1:16-cv-00628 (LAK)

**AFFIDAVIT OF EDMOND L. GUEGUEN IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

## AFFIDAVIT OF EDMOND L. GUEGUEN IN SUPPORT OF DEFENDANT WELLS FARGO BANK, N.A.'S MOTION FOR SUMMARY JUDGMENT

I, EDMOND L. GUEGUEN, affirm the following under penalty of perjury:

1. I have been retained by the law firm of McGuireWoods LLP on behalf of its client Wells Fargo Bank, N.A. ("Wells Fargo"), the defendant in the above-captioned action (the "Action"), to provide an expert opinion in this Action. I submit this affidavit in support of Wells Fargo's Motion for Summary Judgment. I make this affidavit based upon my personal knowledge of the facts stated herein.

2. As part of my work in this Action, I submitted two expert witness reports: an expert witness report dated June 30, 2017 (attached hereto as **Exhibit A**) and a rebuttal expert witness report dated July 21, 2017 (attached hereto as **Exhibit B**). The contents of Exhibit A and Exhibit B are true and accurate, and they reflect the expert witness testimony that I would give at trial under oath if called upon to do so.

1

I affirm under penalty of perjury that the foregoing is true and correct.

Dated: 9/23, 2017
Melville, New York

*Edmond L. Gueguen*
Edmond L. Gueguen

Subscribed and sworn to on the 23rd day of Sept., 2017 before me,

_____,
Notary Public, in and for the State of New York.

JOSEPH TERENCE DROOGAN
Notary Public - State of New York
NO. 01DR6325776
Qualified in Suffolk County
My Commission Expires Jun 1, 2019

2