Exhibit 8 to James McGinlay's Affidavit in Support of Wells Fargo's Motion for Summary Judgment, filed under seal pursuant to the April 24, 2017 Stipulated Protective Order Governing the Protection and Use of Confidential Information