*Banco del Austro, S.A. v. Wells Fargo Bank, N.A.*,
**Case No. 16-cv-00628 (LAK) (S.D.N.Y.)**

**Joint Pretrial Order Exhibit B**

# DEFENDANT WELLS FARGO BANK, N.A.'S EXHIBIT LIST

| Defendant's Exhibit No. | Original Designation | Date | Description | Bates Range | Objection(s) |
|---|---|---|---|---|---|
| DX-1 | Banco del Austro Ex. 1 | 8/1/2016 | Amended Notice of Deposition of Banco del Austro, S.A. Pursuant to Federal Rule of Civil Procedure 30(b)(6), *Banco Del Austro, S.A. v. Wells Fargo Bank, N.A.*, No. 16-cv-00628 (LAK) (S.D.N.Y.) | | |
| DX-2 | | 4/3/2017 | Banco del Austro, S.A.'s Responses and Objections to Defendant Wells Fargo Bank, N.A.'s First Set of Interrogatories, *Banco Del Austro, S.A. v. Wells Fargo Bank, N.A.*, No. 16-cv-00628 (LAK) (S.D.N.Y.) | | |
| DX-3 | | 8/14/2017 | Banco del Austro, S.A.'s Responses and Objections to Defendant Wells Fargo Bank, N.A.'s Second Set of Interrogatories, *Banco Del Austro, S.A. v. Wells Fargo Bank, N.A.*, No. 16-cv-00628 (LAK) (S.D.N.Y.) | | |
| DX-4 | | 8/14/2017 | Banco del Austro, S.A.'s Second Supplemental Initial Disclosures, *Banco Del Austro, S.A. v. Wells Fargo Bank, N.A.*, No. 16-cv-00628 (LAK) (S.D.N.Y.) | | |
| DX-5 | | 8/14/2017 | Banco del Austro, S.A.'s Responses and Objections to Defendant Wells Fargo Bank, N.A.'s Requests for Admission, *Banco Del Austro, S.A. v. Wells Fargo Bank, N.A.*, No. 16-cv-00628 (LAK) (S.D.N.Y.) | | |

| Defendant's Exhibit No. | Original Designation | Date | Description | Bates Range | Objection(s) |
|---|---|---|---|---|---|
| DX-6 | | 8/30/2017 | Banco del Austro, S.A.'s Supplemental Responses and Objections to Defendant Wells Fargo Bank, N.A.'s Second Set of Interrogatories, *Banco Del Austro, S.A. v. Wells Fargo Bank, N.A.*, No. 16-cv-00628 (LAK) (S.D.N.Y.) | | |
| DX-7 | Hershkop Ex. 6 | Current as of 8/2017 | New York Uniform Commercial Code § 4-A-201 | | |
| DX-8 | Doyle Ex. 3 | Current as of 8/2017 | New York Uniform Commercial Code §§4-A-202 – 203 with Commentary | | |
| DX-9 | Hershkop Ex. 1; Wells Fargo Ex. 4 | Current as of 8/2017 | New York Uniform Commercial Code § 4-A-202 | | |
| DX-10 | Hershkop Ex. 5 | Current as of 8/2017 | New York Uniform Commercial Code § 4-A-203 with Commentary | | |
| DX-11 | | 6/12/2015 | Banco del Austro's Application and Supporting Memorandum of Law for Discovery Assistance in Pending Litigation in Hong Kong, *In re: Application of Banco del Austro, S.A.* (S.D. Fla.) | BDA00001-BDA00013 | |
| DX-12 | Banco del Austro Ex. 12 | 2/2/2011 | Terms & Conditions for the Correspondent Agreement Between Wells Fargo Bank, N.A. and Banco del Austro, S.A. | BDA00072-BDA00091 | |
| DX-13 | Hershkop Ex. 7; Banco del Austro Ex. 3 | 4/1/2015 | Banco del Austro, S.A. Report on Hacking | BDA00109-BDA00127 | |
| DX-14 | | Undated | Banco del Austro, S.A. Report on Hacking | BDA00128-BDA00138 | |
| DX-15 | | Undated | Banco del Austro, S.A. Report on Hacking | BDA00139-BDA00147 | |

| Defendant's Exhibit No. | Original Designation | Date | Description | Bates Range | Objection(s) |
|---|---|---|---|---|---|
| DX-16 | | Undated | Banco del Austro, S.A. Report on Hacking | BDA00148-BDA00160 | |
| DX-17 | | Undated | Banco del Austro, S.A. Report on Hacking | BDA00161-BDA00170 | |
| DX-18 | | 7/1/2015, 8/1/2015 | Banco del Austro, S.A. screenshot containing information regarding Symantec Endpoint Protection | BDA00171 | |
| DX-19 | Banco del Austro Ex. 2 | 7/1/2015, 8/1/2015 | Banco del Austro, S.A. documents regarding Symantec Endpoint Protection | BDA00172-BDA00177 | |
| DX-20 | | 11/30/2016 | Banco del Austro, S.A. Report titled "Imágenes Equipos: Caso Swift" | BDA00178-BDA00197 | |
| DX-21 | | 4/30/2015 | Email from Fernando Aguilar to Fernando Calugullin with the subject line "Enviando por correo electrónico: para revision.rar" | BDA00198-BDA00207 | |
| DX-22 | Banco del Austro Ex. 7 | 4/2/2009 | TurboGateway Service Bureau Agreement between Banco del Austro, S.A. and BServ, Inc. | BDA00276-BDA00307 | |
| DX-23 | | 1/12/2015-1/16/2015 | Copies of SWIFT messages from Banco del Austro, S.A. to Wells Fargo Bank, N.A. | BDA00308-BDA00319 | |
| DX-24 | | 1/2/2014-12/30/2014 | Banco del Austro, S.A. payment order history spreadsheet | BDA00320 | |
| DX-25 | Banco del Austro Ex. 5 | 11/28/2016 | SWIFT Customer Security Intelligence: Forensics Report | BDA00642-BDA00653 | |
| DX-26 | | 7/30/2015 | Letter from Guillermo Talbot to Patricio Sanchez | BDA00654 | |
| DX-27 | | 3/3/2017 | SWIFT FIN Investigation Report | BDA00655-BDA00717 | |
| DX-28 | | 1/6/2014-1/20/2015 | Banco del Austro, S.A. payment order history spreadsheet | BDA00718 | |
| DX-29 | | 12/8/2014 | Copy of SWIFT message from Banco del Austro, S.A. to Wells Fargo Bank, N.A. | BDA00855 | |

| Defendant's Exhibit No. | Original Designation | Date | Description | Bates Range | Objection(s) |
|---|---|---|---|---|---|
| DX-30 | | 12/11/2014 | Copy of SWIFT message from Banco del Austro, S.A. to Wells Fargo Bank, N.A. | BDA00856 | |
| DX-31 | | 12/12/2014 | Copy of SWIFT message from Banco del Austro, S.A. to Wells Fargo Bank, N.A. | BDA00857 | |
| DX-32 | | 12/15/2014 | Copy of SWIFT message from Banco del Austro, S.A. to Wells Fargo Bank, N.A. | BDA00858 | |
| DX-33 | | 12/23/2014 | Copy of SWIFT message from Banco del Austro, S.A. to Wells Fargo Bank, N.A. | BDA00859 | |
| DX-34 | | 12/19/2014 | Copy of SWIFT message from Banco del Austro, S.A. to Wells Fargo Bank, N.A. | BDA00860 | |
| DX-35 | | 1/12/2015 | Copy of SWIFT message from Banco del Austro, S.A. to Wells Fargo Bank, N.A. | BDA00861 | |
| DX-36 | | 1/14/2015 | Copy of SWIFT message from Banco del Austro, S.A. to Wells Fargo Bank, N.A. | BDA00862 | |
| DX-37 | | 1/16/2015 | Copy of SWIFT message from Banco del Austro, S.A. to Wells Fargo Bank, N.A. | BDA00863 | |
| DX-38 | | 12/15/2004 | BServ, Inc. and Banco del Austro, S.A. Software License Agreement | BDA00864-BDA00875 | |
| DX-39 | | 5/26/2015 | Second Affirmation of Leung Ka Ying, In the High Court of the Hong Kong Special Administrative Region, Court of First Instance, Action No. 477 of 2015 | BDA00876-BDA00902 | |
| DX-40 | | 3/5/2015 | Affirmation of Leung Ka Ying, In the High Court of the Hong Kong Special Administrative Region, Court of First Instance, Action No. 477 of 2015 | BDA01067-BDA01082 | |
| DX-41 | | 3/5/2015 | Affirmation of Leung Ka Ying, In the High Court of the Hong Kong Special Administrative Region, Court of First Instance, Miscellaneous Proceedings No. 543 of 2015 | BDA01083-BDA01098 | |

| Defendant's Exhibit No. | Original Designation | Date | Description | Bates Range | Objection(s) |
|---|---|---|---|---|---|
| DX-42 | | 6/25/2015 | Decision, In the High Court of the Hong Kong Special Administrative Region, Court of First Instance, Action No. 477 of 2015 | BDA01107-BDA01141 | |
| DX-43 | | 5/8/2015 | Notice by Plaintiff of Discontinuance of Action Against the Third Defendant, In the High Court of the Hong Kong Special Administrative Region, Court of First Instance, Action No. 477 of 2015 | BDA01347-BDA01349 | |
| DX-44 | | 4/28/2015 | Statement of Claim, In the High Court of the Hong Kong Special Administrative Region, Court of First Instance, Action No. 477 of 2015 | BDA01636-BDA01644 | |
| DX-45 | Banco del Austro Ex. 4 | 4/1/2015 | Paul Ochoa, Final Report on Systems Audit | BDA01687-BDA01693 | |
| DX-46 | | 3/30/2015 | Settlement Agreement between Banco del Austro, S.A. and JGM Asia Telcom Limited | BDA01694-BDA01701 | |
| DX-47 | | 1/2/2007-12/30/2013 | Banco del Austro, S.A. payment order history spreadsheet | BDA01776 | |
| DX-48 | | 12/1/2016 | SWIFT Customer Security Intelligence: Forensics Report | BDA08504-BDA08515 | |
| DX-49 | | 9/16/2016 | TurboSWIFT User Manual | DH00000255-DH00000607 | Irrelevant, and immaterial. |
| DX-50 | | 12/18/2015 | TurboSWIFT Reference Guide | DH00001779-DH00002072 | Irrelevant, and immaterial. |
| DX-51 | | 9/2/2014 | TurboSWIFT Reference Guide | DH00002073-DH00002360 | Irrelevant, and immaterial. |

| Defendant's Exhibit No. | Original Designation | Date | Description | Bates Range | Objection(s) |
|---|---|---|---|---|---|
| DX-52 | | 1/23/2015 | Email from Anthony Middleton to Susana Cires, Kenneth Clinkscale, Ousmane Dieme, Lorena Castillo, Marvisa Gallman, Rafael Diaz, Bob Black, and Urgent Case Americas with the subject line "Suspected Fraud/Banco del Austro/High Amount" | WF00000073-WF00000077 | |
| DX-53 | | 1/21/2015-2/3/2015 | Copies of SWIFT messages from Wells Fargo Bank, N.A. to Banco del Austro, S.A. | WF00001896-WF00002314 | |
| DX-54 | | 1/22/2015 | Email from Rafael Diaz to James McGinlay with the subject line "Escalation: Suspected Fraud Notification from Rep Office on High Dollar Transactions" | WF00003104-WF00003105 | |
| DX-55 | | 4/9/2015 | Email from Charles Avaunzaff to Ronald Caton, Charles Kohler, Gisele Luna De Mello, and Carlos Singer with the subject line "GPS Fee-Revenues YTD February 2015 versus YTD February 2014" | WF00003302-WF00003309 | Irrelevant, and immaterial. |
| DX-56 | | 3/22/2017 | Matt Spada, Spreadsheet titled "Banco Austro Activity History" | WF00003341 | |
| DX-57 | Gueguen Ex. 4; Banco del Austro Ex. 9 | 8/6/2013 | SWIFT Handbook – Subsection titled, "Network Access Control Guide" | WF00003552-WF00003589 | Irrelevant, and hearsay. |
| DX-58 | | 1/9/2015 | SWIFT Handbook – Subsection titled, "Connectivity to SWIFT – Connectivity Packs" | WF00003590-WF00003617 | Irrelevant, and hearsay. |
| DX-59 | | 2/12/2015 | Email from Hernando Torres to Susana Cires, Terry Sanda, and Lorena Castillo with the subject line "Austro Cyber Pay Immediate Deactivation Request," with attachment titled "Assigned Roles Report" | WF00003633-WF00003640 | |

| Defendant's Exhibit No. | Original Designation | Date | Description | Bates Range | Objection(s) |
|---|---|---|---|---|---|
| DX-60 | Banco del Austro Ex. 13 | 2/12/2015 | Email from Terry Sanda to Susana Cires, Yoko Horio, Lorena Castillo, Christine Jenkins, Ashia Kennon, and Riitta Vaughn with the subject line "Austro Cyber Pay Immediate Deactivation Request," with attachment titled "User Summary Report" | WF00003641-WF00003652 | |
| DX-61 | | 3/4/2015 | Wells Fargo Bank, N.A., Activity in Account # 2000192000709, January 2, 2015 through January 30, 2015 | WF00003736-WF00004324 | |
| DX-62 | Wells Fargo Ex. 8 | 1/27/2015 | Anthony Middleton, Spreadsheet titled "Banco del Austro Fraud Spreadsheet" | WF00004534 | |
| DX-63 | | 3/25/2015 | Wells Fargo Bank, N.A., Account statements for Banco del Austro, S.A., August 31, 2011 through March 25, 2015 | WF00004535-WF00010481 | |
| DX-64 | | 7/25/2014 | SWIFT Handbook – Subsection titled, "FIN System Messages" | WF00010482-WF00010665 | Irrelevant, and hearsay. |
| DX-65 | | 11/4/2016 | SWIFT Handbook – Subsection titled, "Certified Customer Managed Interface for Connectivity to SWIFT – Security Guidance" | WF00010666-WF00010709 | Irrelevant, and hearsay. |
| DX-66 | Gueguen Ex. 3 | 8/14/2014 | SWIFT Handbook – Subsection titled, "FIN Operations Guide" | WF00010710-WF00010810 | |
| DX-67 | | 8/14/2014 | SWIFT Handbook – Subsection titled, "FIN Service Description" | WF00010811-WF00010890 | Irrelevant, and hearsay. |
| DX-68 | | 7/25/2014 | SWIFT Handbook – Subsection titled, "Category 1 – Customer Payments and Cheques Message Reference Guide" | WF00010891-WF00011305 | Irrelevant, and hearsay. |

| Defendant's Exhibit No. | Original Designation | Date | Description | Bates Range | Objection(s) |
|---|---|---|---|---|---|
| DX-69 | | 7/27/2012 | SWIFT Handbook – Subsection titled, "SWIFTNet Link 7.0 Service Description" | WF00011306-WF00011334 | Irrelevant, and hearsay. |
| DX-70 | | 7/25/2014 | SWIFT Handbook – Subsection titled, "SWIFTNet Certificate Administration Guide" | WF00011335-WF00011389 | Irrelevant, and hearsay. |
| DX-71 | Gueguen Ex. 5; Banco del Austro Ex. 10 | 2/21/2014 | SWIFT Handbook – Subsection titled, "SWIFTNet Service Description" | WF00011390-WF00011530 | Irrelevant, and hearsay. |
| DX-72 | Banco del Austro Ex. 8 | 1/1/2013 | SWIFT Handbook – Subsection titled, "General Terms and Conditions" | WF00011531-WF00011555 | Irrelevant, and hearsay. |
| DX-73 | | 5/2016 | SWIFT Corporate Brochure | WF00011556-WF00011578 | Irrelevant, and hearsay. |
| DX-74 | | 5/2016 | SWIFT Annual Review 2015 | WF00011579-WF00011597 | |
| DX-75 | | 4/29/2011 | SWIFT Messaging Services | WF00011598-WF00011605 | |
| DX-76 | | 9/30/2016 | SWIFT Handbook – Subsection titled, "SWIFTNet PKI Service Description" | WF00011606-WF00011665 | Irrelevant, and hearsay. |
| DX-77 | | 7/22/2016 | SWIFT Handbook – Subsection titled, "FIN Service Description" | WF00011666-WF00011748 | Irrelevant, and hearsay. |
| DX-78 | | 5/15/2014 | Enrique Sarmiento Cobos, The Wolfsberg Group Anti-Money Laundering Questionnaire for Banco del Austro, S.A. | WF00011750-WF00011752 | |

| Defendant's Exhibit No. | Original Designation | Date | Description | Bates Range | Objection(s) |
|---|---|---|---|---|---|
| DX-79 | | 1/12/2015-1/22/2015 | Copies of SWIFT messages from Banco del Austro, S.A. to Wells Fargo Bank, N.A. | WF00011761-WF00011928 | |
| DX-80 | | 1/12/2015-2/3/2015 | Copies of SWIFT messages from Wells Fargo Bank, N.A. to Banco del Austro, S.A. | WF00011929-WF00012246 | |
| DX-81 | | 1/16/2015 | SWIFT MT103 message from Banco del Austro, S.A. to Wells Fargo Bank, N.A. (Transaction Reference Number ("TRN"): CEX2015011645215) | WF00012319 | |
| DX-82 | | 1/14/2015 | SWIFT MT103 message from Banco del Austro, S.A. to Wells Fargo Bank, N.A. (TRN: 1501141844201458) | WF00012320 | |
| DX-83 | | 1/14/2015 | SWIFT MT103 message from Banco del Austro, S.A. to Wells Fargo Bank, N.A. (TRN: CAMGYE1501144856) | WF00012321 | |
| DX-84 | | 1/13/2015 | SWIFT MT103 message from Banco del Austro, S.A. to Wells Fargo Bank, N.A. (TRN: 1501131842201430) | WF00012322 | |
| DX-85 | | 1/13/2015 | SWIFT MT103 message from Banco del Austro, S.A. to Wells Fargo Bank, N.A. (TRN: CAMGYE1501132050) | WF00012323 | |
| DX-86 | | 1/15/2015 | SWIFT MT103 message from Banco del Austro, S.A. to Wells Fargo Bank, N.A. (TRN: 1501142514368542) | WF00012324 | |
| DX-87 | | 1/13/2015 | SWIFT MT103 message from Banco del Austro, S.A. to Wells Fargo Bank, N.A. (TRN: CAMGYE1501132053) | WF00012325 | |
| DX-88 | | 1/12/2015 | SWIFT MT103 message from Banco del Austro, S.A. to Wells Fargo Bank, N.A. (TRN: 150112185203108C) | WF00012326 | |

| Defendant's Exhibit No. | Original Designation | Date | Description | Bates Range | Objection(s) |
|---|---|---|---|---|---|
| DX-89 | | 1/12/2015 | SWIFT MT103 message from Banco del Austro, S.A. to Wells Fargo Bank, N.A. (TRN: 150112191227108C) | WF00012327 | |
| DX-90 | | 1/20/2015 | SWIFT MT103 message from Banco del Austro, S.A. to Wells Fargo Bank, N.A. (TRN: GYE2015012015263) | WF00012328 | |
| DX-91 | | 1/16/2015 | SWIFT MT103 message from Banco del Austro, S.A. to Wells Fargo Bank, N.A. (TRN: CAMGYE2015011645) | WF00012329 | |
| DX-92 | | 1/16/2015 | SWIFT MT103 message from Banco del Austro, S.A. to Wells Fargo Bank, N.A. (TRN: CAMGYE1501160052) | WF00012330 | |
| DX-93 | | 4/9/2012 | Wells Fargo Bank, N.A., CRMS Report on Banco del Austro, S.A. | WF00018742-WF00018758 | |
| DX-94 | | 8/2/2012 | Guillermo Talbot Dueñas, Anti-Money Laundering Questionnaire on Banco del Austro, S.A. | WF00018760-WF00018766 | |
| DX-95 | | 3/18/2014 | Wells Fargo Bank, N.A., Compliance Call Memo on Banco del Austro, S.A. | WF00018774-WF00018777 | |
| DX-96 | | 7/25/2014 | Enrique Sarmiento Cobos, Anti-Money Laundering Questionnaire on Banco del Austro, S.A. | WF00018780-WF00018785 | |
| DX-97 | | 6/27/2011 | Wells Fargo Bank, N.A., Banco del Austro, S.A. Foreign Financial Institution Profile Annual Update | WF00018802-WF00018821 | |
| DX-98 | | 7/24/2010 | Wells Fargo Bank, N.A., Relationship Memo on Banco del Austro, S.A. | WF00018822-WF00018833 | |
| DX-99 | | 6/14/2011 | Enrique Sarmiento Cobos, Anti-Money Laundering Questionnaire for Banco del Austro, S.A. | WF00018841-WF00018848 | |

| Defendant's Exhibit No. | Original Designation | Date | Description | Bates Range | Objection(s) |
|---|---|---|---|---|---|
| DX-100 | | 1/29/2010 | Guillermo Talbot, Anti-Money Laundering Questionnaire for Banco del Austro, S.A. | WF00018849-WF00018854 | |
| DX-101 | | 6/10/2013 | SWIFT BIC Search for Banco del Austro | WF00019006 | |
| DX-102 | | 4/5/2013 | Wells Fargo Bank, N.A., Compliance Call Report on Banco del Austro, S.A. | WF00019035-WF00019039 | |
| DX-103 | | 4/18/2012 | Wells Fargo Bank, N.A., Compliance Call Report on Banco del Austro, S.A. | WF00019040-WF00019044 | |
| DX-104 | | 12/31/2013 | Wells Fargo Bank, N.A., Relationship Memo on Banco del Austro, S.A. | WF00019095-WF00019119 | |
| DX-105 | | 5/28/2012 | Wells Fargo Bank, N.A., Relationship Memo on Banco del Austro, S.A. | WF00019120-WF00019146 | |
| DX-106 | | 8/26/2014 | Wells Fargo Bank, N.A., Spreadsheet showing activity in Account # 2000192000709, January 2, 2013 through June 30, 2014 | WF00019166 | |
| DX-107 | | 3/19/2014 | Wells Fargo Bank, N.A., Spreadsheet showing activity in Account # 2000192000709, February 7, 2012 through December 31, 2013 | WF00019168 | |
| DX-108 | | 11/22/2010 | Wells Fargo Bank, N.A., Foreign Financial Institution Profile for Banco del Austro, S.A. | WF00019286-WF00019304 | |
| DX-109 | | 2009-2010 | Wells Fargo Bank, N.A., Spreadsheet titled "Compliance – International Correspondent Sub-Product Monthly Volumes – By Customer" | WF00019305-WF00019307 | |
| DX-110 | | 7/28/2009 | Wells Fargo Bank, N.A., Foreign Financial Institution Profile for Banco del Austro, S.A. | WF00019311-WF00019339 | |
| DX-111 | | 1/23/2009 | Wells Fargo Bank, N.A., Foreign Financial Institution Profile for Banco del Austro, S.A. | WF00019340-WF00019359 | |
| DX-112 | | 12/4/2007 | Wells Fargo Bank, N.A., Foreign Financial Institution Profile for Banco del Austro, S.A. | WF00019360-WF00019377 | |
| DX-113 | | 12/28/2006 | Wells Fargo Bank, N.A., Foreign Financial Institution Profile for Banco del Austro, S.A. | WF00019378-WF00019393 | |

| Defendant's Exhibit No. | Original Designation | Date | Description | Bates Range | Objection(s) |
|---|---|---|---|---|---|
| DX-114 | | 6/9/2003 | Wells Fargo Bank, N.A., Foreign Financial Institutions Customer Profile for Banco del Austro, S.A. | WF00019403-WF00019411 | |
| DX-115 | | 1/28/2002 | Wells Fargo Bank, N.A., Global and Domestic Institutions KYC Customer Profile Memo on Banco del Austro, S.A. | WF00019450-WF00019455 | |
| DX-116 | | 6/2/2000 | Wells Fargo Bank, N.A., Global and Domestic Institutions KYC Customer Profile Memo on Banco del Austro, S.A. | WF00019456-WF00019460 | |
| DX-117 | | 7/24/2010 | Wells Fargo Bank, N.A., Relationship Memo for Banco del Austro, S.A. | WF00019461-WF00019472 | |
| DX-118 | | 7/1/2010 | Lorena Castillo, Summary of meeting between Lorena Castillo, Maria Jose Veintimilla, and Enrique Sarmiento | WF00019484-WF00019490 | |
| DX-119 | | 1/16/2014 | Litan, A., Gartner, "Reality Check on Big Data Analytics for Cybersecurity and Fraud." | WF00019503-WF00019515 | Authentication, irrelevant, and hearsay. |
| DX-120 | | 8/25/2014 | Litan, A. and Nicolett, M., Gartner, "Market Guide for User Behavior Analytics." | WF00019516-WF00019521 | Authentication, irrelevant, and hearsay. |
| DX-121 | | 11/2016 | Araneta, M., DeCastro, M., Fearnley, B., and Silva, J., IDC, "IDC FutureScape: Worldwide Financial Services 2017 Predictions" | WF00019522-WF00019538 | Authentication, irrelevant, and hearsay. |
| DX-122 | | 9/2009 | Chandola, V., Arindam B., and Kumar, V., ACM Computing Survey, "Anomaly Detection: A Survey" | WF00019539-WF00019596 | Authentication, irrelevant, and hearsay. |
| DX-123 | | 7/17/2017 | EUR-USD Currency 2007-2016, retrieved from Bloomberg on July 17, 2017 | WF00019597-WF00019706 | Authentication, irrelevant, and hearsay. |
| DX-124 | | 10/3/2014 | SWIFT Handbook – Subsection titled, "Shared Infrastructure Policy" | WF00019707-WF00019716 | Irrelevant, and hearsay. |

| Defendant's Exhibit No. | Original Designation | Date | Description | Bates Range | Objection(s) |
|---|---|---|---|---|---|
| DX-125 | | 10/3/2014 | SWIFT Handbook – Subsection titled, "Shared Infrastructure Programme Terms and Conditions" | WF00019717-WF00019765 | Irrelevant, and hearsay. |
| DX-126 | | 7/17/2017 | SWIFT MT103s greater than $1 million received by Wells Fargo Bank, N.A. at PNBPUS33 and PNBPUS3N BIC-8 addresses | WF00019766 | Authentication, irrelevant, and hearsay. |
| DX-127 | | 2012 | Russinovich, M., Solomon, D., and Ionescu, A., "Windows Internals," 6th ed. | WF00019767-WF00019848 | Authentication, irrelevant, and hearsay. |
| DX-128 | | 8/9/2017 | Wells Fargo Bank, N.A., Intellitracs file for Case ID # WACNY502121411 | WF00020033-WF00020051 | |
| DX-129 | | 8/9/2017 | Wells Fargo Bank, N.A., Intellitracs file for Case ID # WACNY1502121961 | WF00020052-WF00020100 | |
| DX-130 | | 8/9/2017 | Wells Fargo Bank, N.A., Intellitracs file for Case ID # WACNY1502220008 | WF00020101-WF00020131 | |
| DX-131 | | 8/9/2017 | Wells Fargo Bank, N.A., Intellitracs file for Case ID # WACNY1502220009 | WF00020132-WF00020178 | |
| DX-132 | | 8/9/2017 | Wells Fargo Bank, N.A., Intellitracs file for Case ID # WACNY1502220010 | WF00020179-WF00020225 | |
| DX-133 | | 8/9/2017 | Wells Fargo Bank, N.A., Intellitracs file for Case ID # WACNY1502220011 | WF00020226-WF00020277 | |
| DX-134 | | 8/9/2017 | Wells Fargo Bank, N.A., Intellitracs file for Case ID # WACNY1502220012 | WF00020278-WF00020302 | |
| DX-135 | | 8/9/2017 | Wells Fargo Bank, N.A., Intellitracs file for Case ID # WACNY1502220013 | WF00020303-WF00020357 | |
| DX-136 | | 8/9/2017 | Wells Fargo Bank, N.A., Intellitracs file for Case ID # WACNY1502220095 | WF00020358-WF00020403 | |
| DX-137 | | 8/9/2017 | Wells Fargo Bank, N.A., Intellitracs file for Case ID # WACNY1502220178 | WF00020404-WF00020462 | |
| DX-138 | | 8/9/2017 | Wells Fargo Bank, N.A., Intellitracs file for Case ID # WACNY1502220701 | WF00020463-WF00020476 | |

| Defendant's Exhibit No. | Original Designation | Date | Description | Bates Range | Objection(s) |
|---|---|---|---|---|---|
| DX-139 | | 8/9/2017 | Wells Fargo Bank, N.A., Intellitracs file for Case ID # WACNY1502221524 | WF00020477-WF00020504 | |
| DX-140 | | Undated | "About IDC," IDC, available at http://www.idc.com/about/about.jsp. | | Authentication, and hearsay. |
| DX-141 | | Undated | *About*, InfoSphere Business Alerts and Intelligence, http://infospherebusinessalerts.blogspot.com/p/about.html#.WWkf5YTyu71 | | Authentication, and hearsay. |
| DX-142 | | 12/7/2001 | "A Case for Centralized Logging," available at http://ebuzzsaw.com/whitePapers/Case_for_Centralize_Logging.htm | | Authentication, and hearsay. |
| DX-143 | | 1/14/2015 | Ahmed, M., Mahmood, A., and Islam, M., "A survey of anomaly detection techniques in financial domain," Future Generation Computer Systems 55, available at https://pdfs.semanticscholar.org/4ac6/64b5133cd0e94047f52f3b2c99eb257ae76d.pdf | | Authentication, and hearsay. |
| DX-144 | | Undated | Atelier Web, "Products," available at http://www.atelierweb.com/products/ | | Authentication, and hearsay. |
| DX-145 | | Undated | Audit My PC, "TCP 53," available at http://www.auditmypc.com/tcp-port-53.asp | | Authentication, and hearsay. |
| DX-146 | | 2/16/2017 | Avi Kak, Purdue University, Lecture 12: Public-Key Cryptography and the RSA Algorithm, available at https://engineering.purdue.edu/kak/compsec/NewLectures/Lecture12.pdf | | Authentication, and hearsay. |
| DX-147 | | 12/29/2005 | Burt Kaliski, RSA Laboratories, The Mathematics of the RSA Public-Key Cryptosystem, available at http://www.mathaware.org/mam/06/Kaliski.pdf | | Authentication, and hearsay. |

| Defendant's Exhibit No. | Original Designation | Date | Description | Bates Range | Objection(s) |
|---|---|---|---|---|---|
| DX-148 | | 1/11/2010 | Business Insider, "How to Create a Reverse Shell to Remotely Execute Root Commands Over Any Open Port Using NetCat or BASH," available at http://www.businessinsider.com/how-to-create-a-reverse-shell-to-remotely-execute-rootcommands-over-any-open-port-using-netcat-or-bash-2012-1 | | Authentication, and hearsay. |
| DX-149 | | 7/3/2012 | Castle, D., *How Safe is that Bank Transfer? SWIFT Becomes a Hackers' Paradise*, Infosphere Business Alerts and Intelligence, http://infospherebusinessalerts.blogspot.com/2012/07/how-safe-is-that-bank-transfer-swift.html | | Authentication, and hearsay. |
| DX-150 | | 10/13/2008 | Cisco, "How Virtual Private Networks Work," available at https://www.cisco.com/c/en/us/support/docs/security-vpn/ipsec-negotiation-ike-protocols/14106-how-vpn-works.pdf | | Authentication, and hearsay. |
| DX-151 | | 5/25/2016 | Cisco, "Tuning Traffic Flow Using Access Control Rules," available at https://www.cisco.com/c/en/us/td/docs/security/firesight/541/firepower-module-user-guide/asa-firepower-module-user-guide-v541/AC-Rules-Tuning-Overview.pdf | | Authentication, and hearsay. |
| DX-152 | | Undated | Cisco, "What Is a Firewall," available at http://www.cisco.com/c/en/us/products/security/firewalls/what-is-a-firewall.html | | Authentication, and hearsay. |

| Defendant's Exhibit No. | Original Designation | Date | Description | Bates Range | Objection(s) |
|---|---|---|---|---|---|
| DX-153 | | 6/28/2010 | Clarke, G., "Rancid IE6 'more secure' than Chrome and Opera US bank," The Register, available at https://www.theregister.co.uk/2010/06/28/chase_ie_6_dumps_chrome_opera/ | | Authentication, and hearsay. |
| DX-154 | | 3/6/2008 | ComputerWeekly, "How to spot a Cisco fake," available at http://www.computerweekly.com/news/2240085270/How-to-spot-a-Cisco-fake | | Authentication, and hearsay. |
| DX-155 | | 9/23/2014 | Cook, S., and Soramaki, K., "The Global Network of Payment Flows," SWIFT Institute Working Paper No. 2012-006, available at https://www.swiftinstitute.org/wpcontent/uploads/2014/09/SWIFT-Institute-Working-Paper-No.-2012-006-Network-Analysisof-Global-Payment-Flows_v5-FINAL.pdf | | Authentication, and hearsay. |
| DX-156 | | 12/7/2001 | DeFrance, F., "A Case for Centralized Logging," available at http://ebuzzsaw.com/whitePapers/Case_for_Centralize_Logging.htm | | Authentication, and hearsay. |
| DX-157 | | 5/4/2005-5/6/2005 | Delalleau, G., "Large memory management vulnerabilities," CancSecWest 2005, available at https://cansecwest.com/core05/memory_vulns_delalleau.pdf | | Authentication, and hearsay. |
| DX-158 | | 5/6/2015 | Foeckl, R., "Why Geofencing will become the next endpoint security innovation," SC Media, available at https://www.scmagazineuk.com/why-geofencing-will-become-thenext-endpoint-security-innovation/article/537168/ | | Authentication, and hearsay. |

| Defendant's Exhibit No. | Original Designation | Date | Description | Bates Range | Objection(s) |
|---|---|---|---|---|---|
| DX-159 | | 11/2015 | FTC, "Malware," available at https://www.consumer.ftc.gov/articles/0011-malware | | Authentication, and hearsay. |
| DX-160 | | Undated | Gartner, "About Gartner," available at http://www.gartner.com/technology/about.jsp | | Authentication, and hearsay. |
| DX-161 | | Undated | Gemalto, "Out-of-Band Authentication," available at https://safenet.gemalto.com/multi-factor-authentication/authenticators/out-of-band-authentication/ | | Authentication, and hearsay. |
| DX-162 | | 8/2006 | Hammer, R., Reverse Shells Enable Attackers to Operate from Your Network, available at https://www.sans.edu/student-files/presentations/LVReverseShell.pdf | | Authentication, and hearsay. |
| DX-163 | | 2014 | Hammerberg, D., "Best Defenses Against Zero-day Exploits for Various-sized Organizations," available at https://www.sans.org/reading-room/whitepapers/bestprac/defenses-zeroday-exploits-various-sized-organizations-35562 | | Authentication, and hearsay. |
| DX-164 | | Undated | Imperva Incapsula, "Man in the Middle (MITM) Attack," available at https://www.incapsula.com/web-application-security/man-in-the-middle-mitm.html | | Authentication, and hearsay. |
| DX-165 | | 11/4/2014 | InfoSec Institute, "ICMP Reverse Shell," available at http://resources.infosecinstitute.com/icmp-reverse-shell/#gref | | Authentication, and hearsay. |
| DX-166 | | 2/22/2016 | iTunes, "Google Authenticator," available at https://itunes.apple.com/us/app/googleauthenticator/id388497605?mt=8 | | Authentication, and hearsay. |

| Defendant's Exhibit No. | Original Designation | Date | Description | Bates Range | Objection(s) |
|---|---|---|---|---|---|
| DX-167 | | 5/16/2016 | John Leyden, *Inter-bank system SWIFT on security? User manual needs 'revamp'*, The Register, http://www.theregister.co.uk/2016/05/16/swift_security_control_need_revamp/ | | Authentication, and hearsay. |
| DX-168 | | 4/24/2014 | Juniper Networks, "Understanding Point-to-Point Protocol," available at https://www.juniper.net/documentation/en_US/junos12.1x47/topics/concept/interface-security-encapsulation-point-to-point-protocol-understanding.html | | Authentication, and hearsay. |
| DX-169 | | 5/2013 | Kissel, Richard, ed. "Glossary of Key Information Security Terms," National Institute of Standards and Technology, available at http://nvlpubs.nist.gov/nistpubs/ir/2013/NIST.IR.7298r2.pdf | | Authentication, and hearsay. |
| DX-170 | | 6/20/2011 | Krebs on Security, "Software Cracks: A Great way to infect your PC," June 2011, available at https://krebsonsecurity.com/2011/06/software-cracks-a-great-way-to-infect-your-pc/ | | Authentication, and hearsay. |
| DX-171 | | 10/2012 | Leibbrandt, G., "A Billion Here, A Billion There: The Statistics of Payments," The Swift Institute, available at https://swiftinstitute.org/wpcontent/uploads/2012/10/The-Statistics-of-Payments_v15.pdf | | Authentication, and hearsay. |
| DX-172 | | 8/21/2016 | Lifewire, "Introduction to Intrusion Detection (IDS)," available at https://www.lifewire.com/introduction-to-intrusion-detection-systems-ids-2486799 | | Authentication, and hearsay. |

| Defendant's Exhibit No. | Original Designation | Date | Description | Bates Range | Objection(s) |
|---|---|---|---|---|---|
| DX-173 | | 9/22/2016 | Lifewire, "What is a Registry Value?," available at https://www.lifewire.com/what-is-a-registryvalue-2626042 | | Authentication, and hearsay. |
| DX-174 | | 3/30/2016 | Malwarebytes, "What is Host Intrusion Prevention System (HIPS) and how does it work?," available at https://blog.malwarebytes.com/101/2013/05/whatiships/ | | Authentication, and hearsay. |
| DX-175 | | 9/16/2008 | Market Wired, "BankServ Introduces SWIFT Service Bureau for Corporates to Enhance Payment and Treasury Operations," available at http://www.marketwired.com/press-release/bankserv-introduces-swift-service-bureaucorporates-enhance-payment-treasury-operations-900177.htm | | Authentication, and hearsay. |
| DX-176 | | 11/14/2014 | Microsoft, "Microsoft Security Intelligence Report," January through June, 2014, available at https://www.microsoft.com/en-us/download/details.aspx?id=44937 | | Authentication, and hearsay. |
| DX-177 | | 10/14/2016 | Microsoft, "Role Based Authorization," available at https://docs.microsoft.com/en-us/aspnet/core/security/authorization/roles | | Authentication, and hearsay. |
| DX-178 | | 6/30/2011 | Microsoft, "What should I know about password policies?," available at https://technet.microsoft.com/en-us/library/password-policy-1(v=ws.11).aspx | | Authentication, and hearsay. |
| DX-179 | | 7/1/2016 | Nave, K. "Inforporn: how VPN use varies by country," Wired, available at http://www.wired.co.uk/article/vpn-use-worldwide-privacy-censorship | | Authentication, and hearsay. |

| Defendant's Exhibit No. | Original Designation | Date | Description | Bates Range | Objection(s) |
|---|---|---|---|---|---|
| DX-180 | | 7/8/2015 | Network Working Group, "The Transport Layer Security (TLS) Protocol Version 1.3 draft-ietftls-tls13-07," available at https://tools.ietf.org/html/draft-ietf-tls-tls13-07 | | Authentication, and hearsay. |
| DX-181 | | 9/20/2016 | Banco del Austro, S.A., Cobertura, available at https://www.bancodelaustro.com/Portals/0/documentos/Agencias-Banco-del-Austro-Sep-2016.pdf | | Authentication, and hearsay. |
| DX-182 | | 2000 | Parlante, N., "Pointers and Memory," Stanford CS Education Library, available at http://cslibrary.stanford.edu/102/PointersAndMemory.pdf | | Authentication, and hearsay. |
| DX-183 | | Undated | PCTools by Symantec, "What is a keylogger?," available at http://www.pctools.com/securitynews/what-is-a-keylogger/ | | Authentication, and hearsay. |
| DX-184 | | 10/3/2016 | Puleo, S., "Geo-fencing: securing authentication?," Micro Focus, available at https://blog.microfocus.com/geo-fencing-securing-authentication-2/ | | Authentication, and hearsay. |
| DX-185 | | 7/20/2017 | Python, "Using the Python Interpreter," available at https://docs.python.org/3/tutorial/interpreter.html | | Authentication, and hearsay. |
| DX-186 | | Undated | Python, "What is Python? Executive Summary," available at https://www.python.org/doc/essays/blurb/ | | Authentication, and hearsay. |
| DX-187 | | 6/19/2017 | Qualys, "The Stack Clash," available at https://blog.qualys.com/securitylabs/2017/06/19/the-stack-clash | | Authentication, and hearsay. |

| Defendant's Exhibit No. | Original Designation | Date | Description | Bates Range | Objection(s) |
|---|---|---|---|---|---|
| DX-188 | | 11/30/2016 | Ramirez, E., "South Korea's Online Banking System Is Stuck In 1996," Forbes, available at https://www.forbes.com/sites/elaineramirez/2016/11/30/south-koreasonline-banking-system-is-stuck-in-1996/#3df6d7b3527c | | Authentication, and hearsay. |
| DX-189 | | Undated | RSA, About Us, https://www.rsa.com/en-us/company/about-rsa | | Authentication, and hearsay. |
| DX-190 | | 2/16/2016 | RSA SECURID, "Hardware Tokens," available at https://www.rsa.com/content/dam/rsa/PDF/h13821-ds-rsa-securid-hardware-tokens.pdf | | Authentication, and hearsay. |
| DX-191 | | 1/26/2016 | Sahanee, R., "Keylogger in C/C++," available at http://zatackcoder.com/keylogger-in-c/ | | Authentication, and hearsay. |
| DX-192 | | 6/2/2008 | SANS Institute, "Host Intrusion Prevention Systems and Beyond," available at https://www.sans.org/reading-room/whitepapers/intrusion/host-intrusion-prevention-systems-32824 | | Authentication, and hearsay. |
| DX-193 | | 2010 | Scott, S., and Zachariadis, M, "A historical analysis of core financial services infrastructure: Society for Worldwide Interbank Financial Telecommunications (SWIFT)," London School of Economics and Political Science, LSE Library | | Authentication, and hearsay. |
| DX-194 | | Undated | SecurEnvoy, "What is 2FA?," available at https://www.securenvoy.com/two-factor-authentication/what-is-2fa.shtm | | Authentication, and hearsay. |
| DX-195 | | 5/31/2012 | Sophos, "Understanding PortScan Detection," available at https://community.sophos.com/kb/enus/115153 | | Authentication, and hearsay. |

| Defendant's Exhibit No. | Original Designation | Date | Description | Bates Range | Objection(s) |
|---|---|---|---|---|---|
| DX-196 | | 12/17/2014 | Soprano, "How two-factor authentication benefits both you and your customers," available at https://www.sopranodesign.com/two-factor-authentication-benefitscustomers/ | | Authentication, and hearsay. |
| DX-197 | | 6/2/2017 | Stanford University, "VPN (Virtual Private Network)," available at https://uit.stanford.edu/service/vpn | | Authentication, and hearsay. |
| DX-198 | | Undated | StatCounter GlobalStats, available at http://gs.statcounter.com/ | | Authentication, and hearsay. |
| DX-199 | | 10/1/2015 | Stewart, J., "How False Rejections Cost More Than Actual Fraud," Digital Transactions, available at http://www.digitaltransactions.net/index.php/news/story/How-False-Rejections-Cost-More-Than-Actual-Fraud | | Authentication, and hearsay. |
| DX-200 | | Undated | SWIFT, Alliance Access, https://www.swift.com/our-solutions/interfaces-and-integration/alliance-access#topic-tabs-menu | | Authentication, and hearsay. |
| DX-201 | | 4/12/2017 | SWIFT Announces New Payment Controls Service to Bolster Customers' Fraud and Cyber-Crime Controls, https://www.swift.com/news-events/press-releases/swift-announces-new-payment-controls-service-to-bolster-customers_fraud-and-cyber-crime-controls | | Authentication, and hearsay. |

| Defendant's Exhibit No. | Original Designation | Date | Description | Bates Range | Objection(s) |
|---|---|---|---|---|---|
| DX-202 | | 9/20/2016 | SWIFT Announces New Security Tool to Strengthen Customer Fraud Controls, https://www.swift.com/insights/press-releases/swift-announces-new-security-tool-to-strengthen-customer-fraud-controls | | Authentication, and hearsay. |
| DX-203 | | 8/25/2017 | SWIFT, "BIC Policy," available at https://www2.swift.com/uhbonline/books/public/en_uk/bic_policy/index.htm | | Authentication, and hearsay. |
| DX-204 | | 9/1/2015 | SWIFT, Compliance Analytics, https://www.swift.com/file/326/download?token=fnfm5itd | | Authentication, and hearsay. |
| DX-205 | | 12/25/2014 | SWIFT Compliance Analytics, available at https://web.archive.org/web/20141225065637/http://complianceservices.swift.com:80/compliance-analytics | | Authentication, and hearsay. |
| DX-206 | | 11/9/2016 | SWIFT, Executive Summary of SWIFT's Response to the Belgian Privacy Commission's Advisory Opinion 37/2006 of 27 September 2006, https://www.swift.com/file/14211/download?token=BnADiugx | | Authentication, and hearsay. |
| DX-207 | | 12/18/2015 | SWIFT Handbook Glossary, https://www2.swift.com/uhbonline/books/public/en_uk/udic/index.htm | | Authentication, and hearsay. |
| DX-208 | | Undated | SWIFT, "SWIFT History," available at https://www.swift.com/about-us/history | | Authentication, and hearsay. |
| DX-209 | | 5/10/2017 | SWIFT in Figures, April 2017 YTD, https://www.swift.com/file/40821/download?token=KSmt35Jl | | Authentication, and hearsay. |

| Defendant's Exhibit No. | Original Designation | Date | Description | Bates Range | Objection(s) |
|---|---|---|---|---|---|
| DX-210 | | 4/29/2014 | SWIFT Launches Compliance Analytics Service to Help Banks Manage Financial Crime Risk, https://www.swift.com/news-events/press-releases/swift-launches-compliance-analytics-service-to-help-banks-manage-financial-crime-risk | | Authentication, and hearsay. |
| DX-211 | | Undated | SWIFT, "Messaging and Standards," available at https://www.swift.com/about-us/discover-swift/messaging-standards | | Authentication, and hearsay. |
| DX-212 | | Undated | SWIFT, "Monthly FIN Traffic Evolution," available at https://www.swift.com/about-us/swift-fin-traffic-figures | | Authentication, and hearsay. |
| DX-213 | | 1/1/2015 | SWIFT, "Monthly FIN Traffic Figures: Jan-15," available at https://www.swift.com/about-us/swift-fin-traffic-figures/monthly-figures | | Authentication, and hearsay. |
| DX-214 | | Undated | SWIFT Online BIC Search, https://www2.swift.com/bsl/ | | Authentication, and hearsay. |
| DX-215 | | Undated | SWIFT, "Ordering a Logical Terminal (LT)," available at https://www.swift.com/myswift/ordering/order-products-services/logical-terminal-lt_ | | Authentication, and hearsay. |
| DX-216 | | Undated | SWIFT, Service Bureau Directory, available at https://www.swift.com/about-us/partner-programme/service-bureau-directory/service-bureau-directory | | Authentication, and hearsay. |

| Defendant's Exhibit No. | Original Designation | Date | Description | Bates Range | Objection(s) |
|---|---|---|---|---|---|
| DX-217 | | 11/6/2006 | SWIFT Supports Calls for Debate to Move Beyond Data Privacy to Security and Public Safety, available at https://www.swift.com/insights/press-releases/swift-supports-calls-for-debate-to-move-beyond-data-privacy-to-security-and-public-safety | | Authentication, and hearsay. |
| DX-218 | | 4/2014 | Symantec, "Internet Security Threat Report," available at http://www.symantec.com/content/en/us/enterprise/other_resources/bistr_main_report_v19_21291018.en-us.pdf | | Authentication, and hearsay. |
| DX-219 | | 4/2016 | Symantec, "Internet Security Threat Report," available at https://www.symantec.com/content/dam/symantec/docs/reports/istr-21-2016-en.pdf | | Authentication, and hearsay. |
| DX-220 | | Undated | Symantec, "What is a Zero-Day Vulnerability?," available at http://www.pctools.com/securitynews/zero-day-vulnerability/ | | Authentication, and hearsay. |
| DX-221 | | Undated | Techopedia, "Air Gap," available at https://www.techopedia.com/definition/17037/air-gap | | Authentication, and hearsay. |
| DX-222 | | Undated | Techopedia, "Network-based Intrusion Prevention System (NIPS)," available at https://www.techopedia.com/definition/4030/network-based-intrusion-prevention-systemnips | | Authentication, and hearsay. |
| DX-223 | | Undated | Techopedia, "Port Scanner," available at https://www.techopedia.com/definition/13076/portscanner | | Authentication, and hearsay. |

| Defendant's Exhibit No. | Original Designation | Date | Description | Bates Range | Objection(s) |
|---|---|---|---|---|---|
| DX-224 | | Undated | Techopedia, "Sniffer," available at https://www.techopedia.com/definition/4113/sniffer | | Authentication, and hearsay. |
| DX-225 | | Undated | Techopedia, "Spoofing," available at https://www.techopedia.com/definition/5398/spoofing | | Authentication, and hearsay. |
| DX-226 | | Undated | Techopedia, "Transmission Control Protocol (TCP)," available at https://www.techopedia.com/definition/5773/transmission-control-protocol-tcp | | Authentication, and hearsay. |
| DX-227 | | 1/2/2012 | TechRepublic, "Controlling your network using Network Access Control," available at http://www.techrepublic.com/blog/it-security/controlling-your-network-using-network-access-control/ | | Authentication, and hearsay. |
| DX-228 | | 12/2016 | TechTarget, "two-factor authentication (2FA)," available at http://searchsecurity.techtarget.com/definition/two-factor-authentication | | Authentication, and hearsay. |
| DX-229 | | Undated | Techwalla, "Client Server Architecture Advantages & Disadvantages," available at https://www.techwalla.com/articles/client-server-architecture-advantages-disadvantages | | Authentication, and hearsay. |
| DX-230 | | Undated | Techwalla, "What Are the Differences Between Logical & Physical Access to the Computer?," available at https://www.techwalla.com/articles/what-are-the-differences-between-logical-physical-access-to-the-computer | | Authentication, and hearsay. |

| Defendant's Exhibit No. | Original Designation | Date | Description | Bates Range | Objection(s) |
|---|---|---|---|---|---|
| DX-231 | | 6/2014 | "Tendencias de Seguridad Cibernética de América Latina y el Caribe," Organización de los Estados Americanos, available at https://www.symantec.com/content/es/mx/enter prise/other_resources/b-cyber-securitytrends-report-lamc.pdf | | Authentication, and hearsay. |
| DX-232 | | Undated | US-CERT, "About Us," available at https://www.us-cert.gov/about-us | | Authentication, and hearsay. |
| DX-233 | | 10/7/2016 | US-CERT, Alert TA13-175A, "Risks of Default Passwords on the Internet," available at https://www.us-cert.gov/ncas/alerts/TA13-175A | | Authentication, and hearsay. |
| DX-234 | | 5/25/2001 | U.S. Department of Commerce, "Security Requirements for Cryptographic Modules," Information Technology Library, National Institute of Standards and Technology, available at http://nvlpubs.nist.gov/nistpubs/FIPS/NIST.FIP S.140-2.pdf. | | Authentication, and hearsay. |
| DX-235 | | Undated | Veil-Framework, "The Veil-Framework," available at https://www.veil-framework.com/framework/ | | Authentication, and hearsay. |
| DX-236 | | 3/23/2009-3/25/2009 | Watts, K., and Oman, P., "Stack-Based Buffer Overflows in Harvard Class Embedded Systems," Critical Infrastructure Protection III - Third Annual IFIP WG 11.10 International Conference on Critical Infrastructure Protection, Hanover, New Hampshire, USA, Revised Selected Papers | | Authentication, and hearsay. |

| Defendant's Exhibit No. | Original Designation | Date | Description | Bates Range | Objection(s) |
|---|---|---|---|---|---|
| DX-237 | | 12/14/2015 | Webopedia, "Well-Known TCP Port Numbers," available at http://www.webopedia.com/quick_ref/portnumbers.asp | | Authentication, and hearsay. |
| DX-238 | | 11/1976 | Whitfield Diffie & Martin E. Hellman, New Directions in Cryptography, available at http://math.boisestate.edu/~liljanab/MATH308/NewDirectionsCryptography.pdf | | Authentication, and hearsay. |
| DX-239 | | 8/17/2010 | Wojtczuk, R., "Exploiting large memory management vulnerabilities in Xorg server running on Linux," Invisible Things Lab, available at http://www.invisiblethingslab.com/resources/misc-2010/xorg-large-memory-attacks.pdf | | Authentication, and hearsay. |