*Banco del Austro, S.A. v. Wells Fargo Bank, N.A.,*
Case No. 16-cv-00628 (LAK) (S.D.N.Y.)

**Joint Pretrial Order Exhibit C**

**PLAINTIFF BANCO DEL AUSTRO, S.A.'S WITNESS LIST**

1. Paul Ochoa
   Banco Del Austro, S.A.
   c/o WNF Law P.L.
   1111 Brickell Avenue, Suite 2200
   Miami, Florida 33131

2. Fernando Aguilar
   Banco Del Austro, S.A.
   c/o WNF Law P.L.
   1111 Brickell Avenue, Suite 2200
   Miami, Florida 33131

3. Juan Velez
   Banco Del Austro, S.A.
   c/o WNF Law P.L.
   1111 Brickell Avenue, Suite 2200
   Miami, Florida 33131

4. Maritza Morocho
   Banco Del Austro, S.A.
   c/o WNF Law P.L.
   1111 Brickell Avenue, Suite 2200
   Miami, Florida 33131

5. Wendy Rodriguez
   Banco Del Austro, S.A.
   c/o WNF Law P.L.
   1111 Brickell Avenue, Suite 2200
   Miami, Florida 33131

6. Margarita Meneses
   Banco Del Austro, S.A.

c/o WNF Law P.L.
   1111 Brickell Avenue, Suite 2200
   Miami, Florida 33131

7. Jamie Arevalo Merchan
   Banco Del Austro, S.A.
   c/o WNF Law P.L.
   1111 Brickell Avenue, Suite 2200
   Miami, Florida 33131

8. James McGinlay
   Wells Fargo Bank, N.A.
   c/o McGuireWoods LLP
   1345 Avenue of the Americas, 7th Floor
   New York, NY 10105-0106

9. Elizabeth Ulloa
   Wells Fargo Bank, N.A.
   c/o McGuireWoods LLP
   1345 Avenue of the Americas, 7th Floor
   New York, NY 10105-0106

10. Lorena Castillo
    Wells Fargo Bank, N.A.
    c/o McGuireWoods LLP
    1345 Avenue of the Americas, 7th Floor
    New York, NY 10105-0106

11. Susana Cires
    Wells Fargo Bank, N.A.
    c/o McGuireWoods LLP
    1345 Avenue of the Americas, 7th Floor
    New York, NY 10105-0106

12. Mary E. Bonsly Brock  
    Wells Fargo Bank, N.A.  
    c/o McGuireWoods LLP  
    1345 Avenue of the Americas, 7th Floor  
    New York, NY 10105-0106  

13. Kenneth Clinkscale  
    Wells Fargo Bank, N.A.  
    c/o McGuireWoods LLP  
    1345 Avenue of the Americas, 7th Floor  
    New York, NY 10105-0106  

14. Yoko Horio  
    Wells Fargo Bank, N.A.  
    c/o McGuireWoods LLP  
    1345 Avenue of the Americas, 7th Floor  
    New York, NY 10105-0106  

15. Gisele Luna de Mello  
    Wells Fargo Bank, N.A.  
    c/o McGuireWoods LLP  
    1345 Avenue of the Americas, 7th Floor  
    New York, NY 10105-0106  

16. Anthony Middleton  
    Wells Fargo Bank, N.A.  
    c/o McGuireWoods LLP  
    1345 Avenue of the Americas, 7th Floor  
    New York, NY 10105-0106  

17. Rafael Diaz  
    Wells Fargo Bank, N.A.  
    c/o McGuireWoods LLP

    1345 Avenue of the Americas, 7th Floor
    New York, NY 10105-0106

18. George Doolittle
    Wells Fargo Bank, N.A.
    c/o McGuireWoods LLP
    1345 Avenue of the Americas, 7th Floor
    New York, NY 10105-0106

19. Ariel Marin
    Wells Fargo Bank, N.A.
    c/o McGuireWoods LLP
    1345 Avenue of the Americas, 7th Floor
    New York, NY 10105-0106

20. Samantha Hutchinson
    Wells Fargo Bank, N.A.
    c/o McGuireWoods LLP
    1345 Avenue of the Americas, 7th Floor
    New York, NY 10105-0106

21. Marvisa Gallman
    Wells Fargo Bank, N.A.
    c/o McGuireWoods LLP
    1345 Avenue of the Americas, 7th Floor
    New York, NY 10105-0106

22. Bob Black
    Wells Fargo Bank, N.A.
    c/o McGuireWoods LLP
    1345 Avenue of the Americas, 7th Floor
    New York, NY 10105-0106

23. Omar Hevia
    Wells Fargo Bank, N.A.
    c/o McGuireWoods LLP
    1345 Avenue of the Americas, 7th Floor
    New York, NY 10105-0106

### **PLAINTIFF BANCO DEL AUSTRO, S.A.'S EXPERT WITNESS LIST**

1. John Doyle
   c/o WNF Law, P.L.
   1111 Brickell Avenue, Suite 2200
   Miami, Florida 33131

2. Mark D. Rasch
   c/o WNF Law, P.L.
   1111 Brickell Avenue, Suite 2200
   Miami, Florida 33131

3. Edmond L. Gueguen
   c/o McGuireWoods LLP
   1345 Avenue of the Americas, 7th Floor
   New York, NY 10105-0106

### **PLAINTIFF BANCO DEL AUSTRO, S.A.'S DEPOSITION DESIGNATIONS**

1. <u>James McGinlay</u>: WFB 30(b)(6) Deposition taken on August 1, 2017.

**Deposition Transcript:**
9:8 -10:23; 10:24 -11:7; 11:9 -12:18; 12:19 -14:5; 14:7 -14:25; 15:1 -16:5; 16:10 -16:17; 16:18 -16:25; 17:16 -18:4; 18:5 -19:5; 19:6 -19:23; 19:24 -20:20; 19:24 -20:20; 20:21 -23:16; 23:17 -24:14; 24:25-25:17; 24:25 -25:5; 27:4 -27:11; 27:20 -30:5; 30:10 -32:8; 32:9 -36:7; 36:8 -37:22; 37:24 -38:15; 38:16-40:4; 41:2 -43:12; 43:24 -46:3; 46:25 -47:5; 47:14 -47:24; 50:8 -51:23; 51:24 -53:10; 53:11 -

54:2; 54:17 -54:20; 54:17 -55:18; 56:8 -58:9; 58:10 -60:3; 60:5 -61:21; 64:18 -64:24; 64:25 -66:1; 67:23 - 70:15; 71:9 - 72:7; 74:14 - 75:21; 75:23 -78:10; 81:6 -82:5; 83:5 -84:3; 93:2 -93:18; 94:4 -95:19; 95:20 -97:23; 99:17 -100:4; 100:23 -101:25; 102:1 -102:19; 102:20 -104:13; 104:14 -108:10; 109:2 -110:3; 110:6 -111:19; 111:20 -112:5; 112:6 -113:13; 113:21 -115:5; 115:6 -118:14; 118:5 - 119:23; 121:7 - 124:5; 126:4 -128:21; 128:22 -130:25; 131:1 -132:4; 138:5 -139:22; 140:23 -142:16; 142:23 -143:17; 145:16 -147:8; 147:1 -148:19; 150:18 -155:24; 156:1 -156:15; 156:16 -158:22; 159:20 -160:1; 160:2 - 160:8; 166:23 -167:6; 170:10 -172:24; 172:25 - 174:3; 174:7 -175:18; 176:4 -178:25; 182:14 -183:8; 183:15-183:19

**Defendant Wells Fargo Bank, N.A.'s Objections:**

| Transcript | Objection |
| --- | --- |
| 17:16-19:5 | Scope; Relevance |
| 41:2-43:12 | Scope; Relevance |
| 43:24-46:3 | Calls for a legal conclusion; Scope |
| 47:14-47:24 | Calls for a legal conclusion; Scope |
| 52:11-52:24 | Subsequent remedial measure |
| 70:3-70:15 | Lack of foundation; Calls for an opinion |
| 71:9-72:7 | Relevance |
| 99:17-100:4 | Subsequent remedial measure |
| 110:6-113:13, 117:9-118:22, 119:5-119:23 | Scope; Relevance |
| 121:7-124:5 | Scope; Relevance; Subsequent remedial measures |
| 138:5-139:22, 140:23-141:20 | Scope; Relevance |
| 160:2-160:8 | Calls for speculation |
| 177:6-178:25 | Subsequent remedial measures |
| 183:15-183:19 | Relevance |

**Defendant Wells Fargo Bank, N.A.'s Counter Designations:**

| Transcript | Reason |
| --- | --- |
| 25:19-26:7 | Rule of Completeness |
| 78:11-81:5 | Rule of Completeness |
| 158:23-159:18 | Rule of Completeness |