UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

Banco Del Austro, S.A.,

        Plaintiffs,                16-cv-628 (LAK)

v.

Wells Fargo Bank, N.A.,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: FEB 12 2018
```

**ORDER**

        Mag. Judge Netburn has advised the Court that the parties have reached an agreement to settle this case. Accordingly, the case is dismissed with prejudice and without costs.

        SO ORDERED.

DATED: February 12, 2018

                                            Lewis A. Kaplan
                                    United States District Judge